MORGAN, LEWIS & BOCKIUS LLP
Carla B. Oakley, Bar No. 130092
One Market, Spear Street Tower
San Francisco, CA 94105-1596
carla.oakley@morganlewis.com
Tel: +1.415.442.1000
Fax: +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Benjamin K. Hand, Bar No. 320307
300 S. Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
benjamin.hand@morganlewis.com
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
MILK MOOVEMENT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MILK MOOVEMENT, INC., a/k/a Milk Moovement, LLC, a foreign Corporation,<br><br>Defendant. | Case No. 2:21-cv-02233-WBS-AC<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Milk Moovement, Inc. is a privately held Canadian corporation organized under the Canada Business Corporations Act, with headquarters in St. John's, Newfoundland and Labrador. Milk Moovement, LLC is a privately held Delaware limited liability company located in Wilmington, Delaware. No parent corporation or publicly-held company owns 10 percent or more of the stock of Milk Moovement, Inc. or Milk Moovement, LLC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 42225080.1

CORPORATE DISCLOSURE STATEMENT
2:21-CV-02233-WBS-AC

2. Pursuant to Federal Rule of Civil Procedure Rule 7.1(b)(2), Milk Moovement, Inc. and Milk Moovement, LLC will promptly file a supplemental disclosure statement if any required information changes.

**CERTIFICATION OF INTERESTED PARTIES**

3. Please take notice that, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Milk Moovement, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    a. Defendant Milk Moovement, Inc; and

    b. Dairy, LLC

Milk Moovement, Inc. will promptly file an amended certification if any additional interested parties are identified, or if any material change occurs in the status of these interested parties.

Dated: December 13, 2021

MORGAN, LEWIS & BOCKIUS LLP
Carla B. Oakley
Benjamin K. Hand

By /s/ Carla B. Oakley
    Carla B. Oakley

Attorneys for Defendant
MILK MOOVEMENT, INC.