

# United States District Court
# Eastern District of California

| Dairy, LLC |
|---|
| Plaintiff(s) |

Case Number: 2:21-cv-02233-WBS-AC

V.

| Milk Moovement, Inc. |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Christopher Joshua Osborne__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
__Plaintiff Dairy, LLC__

On __11/07/2008__ (date), I was admitted to practice and presently in good standing in the __State of Texas__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __12/13/2021__         Signature of Applicant: /s/ __Christopher Joshua Osborne__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Christopher Joshua Osborne |
| Law Firm Name: | Bonds Ellis Eppich Schafer Jones LLP |
| Address: | 420 Throckmorton, Suite 1000 |
| City: | Fort Worth   State: TX   Zip: 76102 |
| Phone Number w/Area Code: | (817) 405-6900 |
| City and State of Residence: | Forth Worth, TX |
| Primary E-mail Address: | c.joshosborne@bondsellis.com |
| Secondary E-mail Address: | katrina.hooks@bondsellis.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Justin N. Owens |
| Law Firm Name: | Stradling Yocca Carlson & Rauth, APC |
| Address: | 660 Newport Center Drive, Suite 1600 |
| City: | Newport Beach   State: CA   Zip: 92660 |
| Phone Number w/Area Code: | (949) 725-4079   Bar #: 254733 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 13, 2021

Re: Mr. Christopher Joshua Osborne, State Bar Number 24065856

To Whom It May Concern:

This is to certify that Mr. Christopher Joshua Osborne was licensed to practice law in Texas on November 07, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web