1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11

DAIRY, LLC, a Delaware Limited,

12

Plaintiff,

13

vs.

14

MILK MOOVEMENT, INC., a/k/a Milk

15

Moovement, LLC, a foreign Corporation,

16

Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

Case No. 2:21-cv-02233-WBS-AC

**ORDER GRANTING JOINT PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND STIPULATION TO EXTEND TIME TO FILE INITIAL RESPONSE TO COMPLAINT**

Complaint Filed: December 2, 2021

THIS CAUSE came before the Court on Plaintiff Dairy, LLC ("Dairy") and Defendant Milk Moovement, Inc.'s ("Milk Moovement") Joint Proposed Briefing Schedule for Plaintiff's Motion for a Preliminary Injunction and Stipulation to Extend Time to File Initial Response to Complaint.  The Court, having reviewed the proposal, hereby sets the following schedule for briefing and hearing Plaintiff's Motion for a Preliminary Injunction:

1.  **January 18, 2022** – Deadline for Dairy to file its Motion for a Preliminary Injunction

2.  **February 8, 2022** – Deadline for Milk Moovement to file an Opposition to Dairy's Motion for a Preliminary Injunction

3.  **February 15, 2022** – Deadline for Dairy to file a Reply in support of its Motion for a Preliminary Injunction

4.  **February 22, 2022, 1:30 p.m.** – Hearing on Dairy's Motion for a Preliminary Injunction

The Court further orders that Milk Moovement's deadline to respond to Dairy's complaint is February 1, 2022.  If Milk Moovement files a motion to dismiss on or before January 18, 2022, the motion will be heard on February 22, 2022 at 1:30 p.m.

**IT IS SO ORDERED.**

**Dated:  December 30, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE