UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>     v.<br><br>MILK MOOVEMENT, INC., a/k/a Milk Moovement, LLC, a foreign Corporation,<br><br>          Defendant. | No. 21-cv-02233 WBS AC<br><br>ORDER |

----oo0oo----

Plaintiff's Motion for Expediated Discovery (Docket No. 34) is hereby REFERRED to the assigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

The oral argument on the Motion for Preliminary Injunction (Docket No. 31) will remain calendared for February 22, 2022.

IT IS SO ORDERED.

Dated:  January 25, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1