UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,, <br><br> Plaintiff, <br><br> v. <br><br> MILK MOOVEMENT, INC., a/k/a Milk Moovement, LLC, a foreign Corporation,, <br><br> Defendant. | No. 2:21-cv-02233-WBS-AC <br><br><br> <u>ORDER</u> |

   This matter is before the court on plaintiff's motion for expedited discovery (ECF No. 34) and plaintiff's ex parte application to shorten time (ECF No. 35). The motion for expedited discovery was referred to the undersigned (ECF No. 40) and the application to shorten time is made in reference to that motion.

   The application to shorten briefing on the expedited discovery motion is GRANTED to aid in the resolution of the motion before the hearing on the preliminary injunction motion. Defendant's opposition to the motion for expedited discovery, if any, is due <u>February 1, 2022</u>. Plaintiff's reply, if any, is due <u>February 4, 2022</u>. This order resolves the application at ECF No. 35.

   IT IS SO ORDERED.

DATED: January 25, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE