**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MILK MOOVEMENT, INC., a/k/a/ Milk Moovement, LLC, a foreign Corporation,<br><br>　　　　Defendant. | Case No. 2:21-cv-02233-WBS-AC<br><br>Magistrate Judge Allison Claire<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MILK MOOVEMENT, INC.'S REQUEST TO SEAL CERTAIN EXHIBITS IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY** |

-1-

[PROPOSED] SEALING ORDER
Case No. 2:21-cv-02233-WBS-AC

Having reviewed Defendant Milk Moovement, Inc.'s ("MMI") Request to Seal Exhibits 1-8 to the Declaration of Carla B. Oakley in Support of MMI's Opposition to Plaintiff's Motion for Expedited Discovery ("Oakley Declaration") and for the GOOD CAUSE APPEARING therein, MMI's Request to Seal is hereby GRANTED.  Exhibits 1-8 to the Oakley Declaration SHALL BE SEALED for the duration of the litigation and cannot be unsealed without subsequent order from this Court.

**IT IS SO ORDERED.**

Dated: February 2, 2022

*/s/ Allison Claire/*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE