UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>    v.<br><br>MILK MOOVEMENT, INC., a/k/a Milk Moovement, LLC, a foreign Corporation,<br><br>            Defendant. | No. 2:21-cv-02233 WBS AC<br><br><br>ORDER |

----oo0oo----

Defendant's request for reconsideration (Docket No. 56) of the Magistrate Judge's February 8, 2022 order (Docket No. 47) is DENIED.  If defendant believes there are reasons to change the Magistrate Judge's order based on this court's subsequent order denying a preliminary injunction (Docket No. 59), or if plaintiff believes defendant has not complied with the Magistrate Judge's order, each side is free to make the appropriate motion to the Magistrate Judge.

Dated:  March 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1