UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br><br>　　　　　　　Counterclaim-Plaintiff<br>　　vs.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Counterclaim-Defendant. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE FOR JOINT STATEMENT RE DISCOVERY DISAGREEMENT FOR COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC. AND DEFENDANT MILK MOOVEMENT LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Magistrate Judge Allison Claire |

The Court, having considered the Parties' Joint Motion for Administrative Relief, and finding good cause therefore:

**IT IS HEREBY ORDERED THAT:**

The Parties' Joint Motion is GRANTED.  The deadline for the Parties to file their Joint Statement re Discovery Disagreement for the Motion to Compel Production of Documents (ECF No. 117) filed by Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement LLC is extended to August 31, 2022.  This Order has no effect on the Motion's scheduled hearing date.

**IT IS SO ORDERED.**

DATED: August 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE