UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAIRY, LLC,

            Plaintiff,

    v.

MILK MOOVEMENT, INC. et al.,

            Defendants.

No.  2:21-cv-02233 WBS AC

ORDER

Pending before the court are plaintiff's motions to compel.  ECF Nos. 86 (joint statement at ECF No. 95) and 96 (joint statement ECF No. 108).  These discovery matters were referred to the undersigned pursuant to E.D. Cal. R. ("Local Rule") 302(c)(1).  The undersigned maintains standing orders that provide a presumptive page limit for discovery dispute joint statements.  See, http://www.caed.uscourts.gov/caednew/assets/File/Judge%20Claire%20Standing%20Order_%20 March%202021.pdf.  At 29 and 50 pages respectively, both joint statements exceed the court's page limits and no advance leave of court was sought for such excess briefing.

The joint statements at ECF Nos. 95 and 108 are therefore REJECTED and the parties are ORDERED to re-file joint statements that comply with the court's page restrictions (or seek advance leave to file excess briefing) by September 6, 2022.  The parties are also ORDERED to  ////

1

meet and confer and revise the joint statements as necessary in light of the court's order denying the motion for a protective order at ECF No. 121.

IT IS SO ORDERED.

DATED: August 22, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE