MORGAN, LEWIS & BOCKIUS LLP
Carla B. Oakley, Bar No. 130092
Geoffrey T. Holtz, Bar No. 191370
Lindsey M. Shinn, Bar No. 267629
One Market, Spear Street Tower
San Francisco, CA 94105-1596
carla.oakley@morganlewis.com
geoffrey.holtz@morganlewis.com
lindsey.shinn@morganlewis.com
Tel: 415.442.1000
Fax: 415.442.1001

Ehsun Forghany, Bar No. 302984
1400 Page Mill Road
Palo Alto, CA 94304-1124
ehsun.forghany@morganlewis.com
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendant and
Counterclaim-Plaintiff Milk
Moovement, Inc. and Defendant
Milk Moovement LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff<br>    vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company<br><br>        Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br><br>        Counterclaim-Plaintiff<br>    vs.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>        Counterclaim-Defendant. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[STIPULATED] ORDER RE: REQUEST FOR ATTORNEYS FEES AND COSTS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[STIPULATED] ORDER RE: REQUEST
FOR ATTORNEYS FEES AND COSTS
CASE NO. 2:21-CV-02233-WBS-AC

1        WHEREAS, on April 27, 2022, Counterclaim-Plaintiff Milk
2   Moovement, Inc. filed an Answer and Counterclaims in this action
3   (Dkt. 79);
4        WHEREAS, on May 18, 2022, Plaintiff and Counterclaim-
5   Defendant Dairy, LLC filed a Motion to Dismiss and Motion to
6   Strike (Dkt. 83), which included a motion to strike Milk
7   Moovement, Inc.'s Eighth Counterclaim under California Code of
8   Civil Procedure Section 425.16(b);
9        WHEREAS, on July 1, 2022, the Court granted the Motion to
10  Strike Milk Moovement, Inc.'s Eighth Counterclaim with leave to
11  amend (Dkt. 105);
12       Whereas, on July 21, 2022, Milk Moovement, Inc. filed an
13  Answer and First Amended Counterclaims but declined to amend its
14  Eighth Counterclaim (Dkt. 111);
15       Whereas, California Code of Civil Procedure
16  Section 425.16(c) provides that "a prevailing defendant on a
17  special motion to strike shall be entitled to recover his or her
18  attorney's fees and costs;"
19       WHEREAS, the parties disagree on the amount of attorney's
20  fees and costs that are reasonable and appropriate, but in order
21  to avoid motion practice, the parties have agreed to stipulate
22  to a sum representing the recoverable attorney's fees and costs
23  for work moving to dismiss the Eighth Counterclaim and on Dairy,
24  LLC's Motion to Strike under California Code of Civil Procedure
25  Section 425.16(b), including the fees and costs related to
26  Dairy, LLC's anticipated request for fees and negotiation of
27  this Stipulation but excluding any fees and costs of defending
28  against any appeal.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[STIPULATED] ORDER RE: REQUEST
FOR ATTORNEYS FEES AND COSTS
CASE NO. 2:21-CV-02233-WBS-AC

THEREFORE, the parties, through their undersigned counsel, and subject to the Court's approval, stipulate as follows:

Under the Court's Order, dated July 1, 2022, Dairy, LLC was the prevailing party on its Motion to Strike Milk Moovement, Inc.'s Eighth Counterclaim under California Code of Civil Procedure Section 425.16(b);

Subject to the parties' reservation of rights reflected herein, Dairy, LLC shall be awarded, and Milk Moovement, Inc. agrees to pay, within ten business days of entry of this Stipulation, the sum of $34,000 as complete satisfaction of Dairy, LLC's right to recover reasonable attorney's fees and costs for work on Dairy, LLC's Motion to Strike under California Code of Civil Procedure Section 425.16(b), including the motion to dismiss the Eighth Counterclaim and fees associated with Dairy's anticipated request for fees and this Stipulation;

Milk Moovement, Inc. reserves all rights to appeal the July 1, 2022, Order on the Motion to Dismiss and to Strike Milk Moovement, Inc.'s Eighth Counterclaim (Dkt. 105) and this award of attorney's fees and costs, including on jurisdictional grounds and the applicability of California Code of Civil Procedure Section 425.16 in federal court.  However, Milk Moovement, Inc. has agreed by this Stipulation to the amount of any such award of attorney's fees and costs, as reflected herein, should the Order be affirmed on any appeal;

Dairy, LLC reserves all rights to seek any additional fees and costs incurred in connection with any appeal, for any reason, by Milk Moovement, Inc. of the July 1, 2022 Order on the Motion to Dismiss and to Strike Milk Moovement, Inc.'s Eighth

Counterclaim (Dkt. 105) and this award of attorney's fees and costs.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: August 19, 2022        /s/ Simona A. Agnolucci
                              Simona A. Agnolucci (authorized August 19, 2022)

                              Counsel for Plaintiff and Counterclaim-Defendant

Dated: August 19, 2022        /s/ Carla B. Oakley
                              Carla B. Oakley

                              Counsel for Defendant and Counterclaim-Plaintiff

**IT IS ORDERED** that the forgoing Stipulation is approved.

Dated:  August 23, 2022       _____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

[STIPULATED] ORDER RE: REQUEST
FOR ATTORNEYS FEES AND COSTS
CASE NO.: 2:21-CV-02233-WBS-AC