**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatche@willkie.com
DANIEL P. MARTIN (SBN 306794)
  dpmartin@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ANN NIEHAUS (SBN 325474)
  aniehaus@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Plaintiff and Counterdefendant
**Dairy, LLC**

**MORGAN, LEWIS & BOCKIUS LLP**
CARLA B. OAKLEY (SBN 130092)
  carla.oakley@morganlewis.com
GEOFFREY T. HOLTZ (SBN 191370)
  geoffrey.holtz@morganlewis.com
LINDSEY M. SHINN (SBN 267629)
  lindsey.shinn@morganlewis.com
KEVIN M. PAPAY (SBN 274161)
  kevin.papay@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

EHSUN FORGHANY (SBN 302984)
  ehsun.forghany@morganlewis.com
1400 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 843-4000
Facsimile:  (650) 843-4001

Attorneys for Defendant and Counterclaimant
**Milk Moovement, Inc.** and Defendant
**Milk Moovement, LLC**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>                  Plaintiff/Counterdefendant<br><br>          vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>                  Defendants/Counterclaimants. | Case No. 2:21-cv-02233-WBS-AC<br><br>Magistrate Judge Allison Claire<br><br>**DAIRY, LLC'S WITHDRAWAL OF MOTIONS TO COMPEL (ECF NOS. 86 & 96) AND STIPULATED REQUEST TO VACATE JOINT-STATEMENT REFILING DEADLINE (ECF NO. 125)** |

Plaintiff and Counterclaim-Defendant Dairy, LLC ("Dairy") and Defendant Milk Moovement, LLC ("MM-LLC") and Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. ("MMI") (MM-LLC and MMI collectively referred to as "Milk Moovement" and, with Dairy, the "Parties") hereby stipulate as follows:

WHEREAS, Dairy noticed one motion to compel discovery from MMI, filed as ECF No. 86 ("MTC No. 1") and one motion to compel discovery from Milk Moovement, filed at ECF No. 96 ("MTC No. 2");

WHEREAS, the relevant Parties filed a joint statement regarding MTC No. 1 at ECF No. 95 and a joint statement regarding MTC No. 2 at ECF No. 108 (together, the "Joint Statements");

WHEREAS, the Court rejected the Joint Statements because they "exceed[ed] the court's page limits and no advance leave of court was sought for such excess briefing" and ordered the Parties to: (1) "re-file joint statements that comply with the court's page restrictions (or seek advance leave to file excess briefing) by September 6, 2022," and (2) "meet and confer and revise the joint statements as necessary in light of the court's order denying the motion for a protective order at ECF No. 121," ECF No. 125 at 1–2; and

WHEREAS, the Parties have met and conferred and reached an interim agreement, which they believe should resolve some or all of the issues raised in the Joint Statements.

THEREFORE, the Parties, through their undersigned counsel and subject to the Court's approval, stipulate as follows:

1. The September 6, 2022 deadline to refile the Joint Statements or seek leave to file excess briefing be vacated; and

2. Dairy withdraws MTC No. 1 and MTC No. 2 without prejudice to filing a motion to compel on a future date regarding the same or similar subject matter as those two motions.

////

////

**IT IS SO STIPULATED** through Counsel of Record.

Dated: September 6, 2022
WILLKIE FARR & GALLAGHER LLP
Simona A. Agnolucci
Jonathan A. Patchen
Daniel P. Martin
Erica S. Miranda
Ann Niehaus

By: */s/ Jonathan A. Patchen*
Jonathan A. Patchen

Attorneys for Plaintiff
DAIRY, LLC

Dated: September 6, 2022
MORGAN, LEWIS & BOCKIUS LLP
Carla B. Oakley
Geoffrey T. Holtz
Lindsey M. Shinn
Kevin M. Papay
Ehsun Forghany

By: */s/ Kevin M. Papay*
Kevin M. Papay

Attorneys for Defendant and Counterclaimant
MILK MOOVEMENT, INC. and
Defendant MILK MOOVEMENT, LLC

**IT IS SO ORDERED** that the foregoing Stipulation is approved and the September 6, 2022 deadline to refile the Joint Statements is vacated.

DATED: September 6, 2022.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE