UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, | No. 2:21-cv-02233 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| MILK MOOVEMENT, INC. et al., | |
| Defendants. | |

Pending before the court is Milk Moovement, Inc.'s request to seal documents. ECF No. 152. Because the documents at issue originate plaintiff Dairy, LLC, who designated them as "confidential" in discovery, the court will give Dairy an opportunity to explain why the documents at issue should be filed under seal. In the alternative, Dairy may notify the court that sealing is not necessary. If no statement is filed within 10 days of this order, the request to seal will be denied and the documents will be filed on the public record.

IT IS SO ORDERED.

DATED: November 7, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE