1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

13
14
15
16
17
18
19
20
21

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>               Plaintiff/Counterdefendant,<br><br>   vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>               Defendants/Counterclaimants | Case No. 2:21-cv-02233-WBS-AC<br><br>Magistrate Judge Allison Claire<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL PORTIONS OF DAIRY, LLC'S OPPOSITION TO MILK MOOVEMENT, INC.'S MOTION FOR SANCTIONS FOR PROTECTIVE ORDER VIOLATION** |

22
23
24
25
26
27
28

THIS CAUSE came before the Court on the Request to Seal Portions of Dairy, LLC's Opposition to Milk Moovement, Inc.'s Motion for Sanctions for Protective Order Violation (the "Request"). The Court, having reviewed the Request and supporting declarations, and good cause showing, GRANTS the Request and orders that the indicated portions of the following documents be filed and maintained under seal for the duration of the litigation:

| Requesting / Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Dairy & Milk Moovement | Pages 13–16, 22–25, Dairy's Opposition to Milk Moovement, Inc.'s Motion for Sanctions for Protective Order Violation | - Section II.E<br>- Section IV.C |
| Dairy & Milk Moovement | Pages 29–32, Declaration of Duane Banderob in Support of Dairy's Opposition to Milk Moovement, Inc.'s Motion for Sanctions for Protective Order Violation | - Paragraphs 10–17 |
| Milk Moovement | Pages 36–88, Ex. 3 to Declaration of Ann Niehaus in Support of Dairy's Opposition to Milk Moovement, Inc.'s Motion for Sanctions for Protective Order Violation | - Ex. 3 |

Dairy is ordered to file redacted versions of the above-referenced documents on the public docket and send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED: November 17, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-
[PROPOSED] ORDER GRANTING REQ. TO SEAL PORTIONS OF DAIRY'S OPPOSITION