1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff/Counterdefendant,<br><br>vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>            Defendants/Counterclaimants | Case No. 2:21-cv-02233-WBS-AC<br><br>Magistrate Judge Allison Claire<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL PORTIONS OF DAIRY, LLC'S AMENDED OPPOSITION TO MILK MOOVEMENT, INC.'S MOTION FOR SANCTIONS FOR PROTECTIVE ORDER VIOLATION** |

THIS CAUSE came before the Court on the Request to Seal Portions of Dairy, LLC's Amended Opposition to Milk Moovement, Inc.'s Motion for Sanctions for Protective Order Violation (the "Request"). The Court, having reviewed the Request, the Amended Opposition, the supporting supplemental declaration of Ann Niehaus, and the pleadings and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the indicated portions of the following document be filed and maintained under seal for the duration of the litigation:

| Requesting / Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Dairy & Milk Moovement | Pages 13–15, 21–23, Dairy's Amended Opposition to Milk Moovement, Inc.'s Motion for Sanctions for Protective Order Violation | - Section II.E<br>- Section IV.C |

Dairy is ordered to send an unredacted copy of the above-referenced document to ApprovedSealed@caed.uscourts.gov so that it may be filed under seal.

**IT IS SO ORDERED.**

DATED: November 29, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE