# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>Defendants.<br><br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br><br>Counterclaim-Plaintiff<br><br>vs.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>Counterclaim-Defendant. | Case No. 2:21-cv-02233-WBS-AC<br><br>Magistrate Judge Allison Claire<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S REQUEST TO SEAL PORTIONS OF ITS REPLY ISO MOTION FOR SANCTIONS FOR VIOLATION OF PROTECTIVE ORDER AND DECLARATION IN SUPPORT THEREOF [DKT. NO. 173]** |

Having reviewed Defendant and Counterclaim-Plaintiff Milk Moovement, Inc.'s Request to Seal Portions of its Reply Brief in support of MMI's Motion for Sanctions for Violation of Protective Order ("Reply Brief") and Portions of the Declaration of Robert Forsythe in support of MMI's Reply Brief ("Forsythe Decl.") and for the GOOD CAUSE APPEARING therein, Milk Moovement, Inc.'s Request to Seal is hereby GRANTED.  The following portions of MMI's Reply Brief and the Forsythe Declaration SHALL BE SEALED for the duration of the litigation and cannot be unsealed without subsequent order from this Court or by stipulation of the parties:

Reply Brief:  Pages 2:13-14, 2:19, 2:23-27, 3:6-7, 6:9-11, 7:7-9

Forsythe Decl.:  Pages 3, 4 (paragraphs 5-9 and 11)

**IT IS SO ORDERED.**

Dated: November 29, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE