UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>      v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and Milk MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>            Defendants. | No. 2:21-cv-02233 WBS AC<br><br>ORDER |

----oo0oo----

Before the court is plaintiff's motion to amend the case schedule. (Docket No. 156-1.) After briefing on the motion was complete, Magistrate Judge Claire set a formal discovery management conference to be held on January 25, 2023. (Docket No. 199.) Because plaintiff's motion to amend the case schedule is based on discovery disputes and their related impact on trial deadlines, plaintiff's motion is premature. The court will consider a renewed motion to amend the case schedule after the

1

conclusion of the formal discovery management conference before Judge Claire and after resolution of the underlying discovery disputes.

IT IS THEREFORE ORDERED that plaintiff's motion to amend the case schedule (Docket No. 156-1) be, and hereby is, DENIED without prejudice as premature.  IT IS FURTHER ORDERED that defendants' related requests to seal (Docket Nos. 170, 176) be, and hereby are, DENIED as moot.

Dated:   December 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2