J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
  levine@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Douglas S. Curran, Esq. (*pro hac vice*)
  curran@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone:  (646) 829-9403
Facsimile:   (646) 403-4089

*Attorneys for Counterclaim-Plaintiff
and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>  Plaintiff,<br><br>  v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>  Defendants. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM - PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO SEAL** |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>  Counterclaim-Plaintiff,<br>  v.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>  Counterclaim-Defendant. | **Compl. Filed**  December 2, 2021<br>**Trial Date:**    September 19, 2023 |

**[PROPOSED] ORDER**

Having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. ("Milk Inc.") and Defendant Milk Moovement, LLC ("Milk LLC") (collectively, "Milk Moovement")'s Request to Seal Documents, and good cause appearing therefore, the Court hereby orders as follows:

The Request to Seal Documents is **GRANTED**. The documents identified therein as SEAL.001-11 shall be sealed on a provisional basis for three (3) days. Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* E.D. Cal. R. 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: January 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1                                                               Case No.: 2:21-CV-02233-WBS-AC
[PROPOSED] ORDER GRANTING MILK MOOVEMENT'S REQUEST TO SEAL