# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff/Counterdefendant,<br><br>　　vs.<br><br>MILK MOOVEMENT, INC., a foreign corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability company,<br><br>　　　　　Defendants/Counterclaimants. | Case No. 2:21-cv-02233-WBS-AC<br><br>[~~PROPOSED~~] **ORDER GRANTING IN PART DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC. AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST FOR FEES PURSUANT TO ORDER GRANTING MOTION FOR SANCTIONS [ECF NO. 201]**<br><br>Complaint Filed:  December 2, 2021<br>FAC Filed: February 8, 2022<br>Cross-Complaint Filed: April 27, 2022<br>FACC Filed: July 21, 2022 |

1   This matter came before the Court on Defendant and Counterclaim-Plaintiff Milk
2   Moovement, Inc. and Defendant Milk Moovement, LLC's Request for Fees Pursuant to Order
3   Granting Motion for Sanctions [ECF No. 201].  The Court, having considered the Request,
4   Plaintiff Dairy, LLC's Objection, and the Declarations of Carla Oakley and Jonathan Patchen,
5   and for good cause showing, hereby GRANTS IN PART the Request.  The Court finds that
6   $26,285 is a reasonable attorneys' fee award related to bringing the underlying motion and
7   determining the impact of the inadvertent disclosure.  The Court therefore ORDERS Plaintiff to
8   pay to Defendants, within ten business days of entry of this Order, the sum of $26,285.
9         IT IS SO ORDERED.

10  DATED: January 19, 2023

            _____
            ALLISON CLAIRE
            UNITED STATES MAGISTRATE JUDGE