1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
3  Andrew Levine, Esq. (SBN: 278246)
       levine@braunhagey.com
4  Ronald J. Fisher, Esq. (SBN: 298660)
       fisher@braunhagey.com
5  **BRAUNHAGEY & BORDEN LLP**
   351 California Street, 10th Floor
6  San Francisco, CA 94104
   Telephone: (415) 599-0210
7  Facsimile: (415) 276-1808

8  Douglas S. Curran, Esq. (*pro hac vice*)
       curran@braunhagey.com
9  **BRAUNHAGEY & BORDEN LLP**
   118 W 22nd Street, 12th Floor
10 New York, NY 10011
   Telephone:  (646) 829-9403
11 Facsimile:   (646) 403-4089

12 *Attorneys for Counterclaim-Plaintiff
   and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendants. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM - PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S MOTION TO EXTEND TIME FOR NON-PARTY TO RESPOND TO ORDER GRANTING REQUEST TO SEAL [ECF NO. 209]** |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>　　　　Counterclaim-Plaintiff,<br>　v.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Counterclaim-Defendant. | **Compl. Filed**　December 2, 2021<br>**Trial Date:**　　September 19, 2023 |

## [PROPOSED] ORDER

Having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. ("Milk Inc.") and Defendant Milk Moovement, LLC ("Milk LLC") (collectively, "Milk Moovement")'s Motion to Extend Time for Non-Party California Dairies, Inc. ("CDI") to respond to the Court's Order Granting Milk Moovement's Request to Seal (ECF No. 209), and good cause appearing therefore, the Court hereby orders as follows:

The Motion is **GRANTED**. The deadline for any party to move to maintain the provisional sealing of the documents identified in Milk Moovement's Request to Seal as SEAL.001-011 is hereby extended up to and including January 31, 2023. The documents identified in Milk Moovement's Request to Seal as SEAL.001-011 shall continue to remain provisionally under seal pending the outcome of any forthcoming motion to seal.

**IT IS SO ORDERED.**

Dated: January 26, 2023

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE