1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
3  Andrew Levine, Esq. (SBN: 278246)
       levine@braunhagey.com
4  Ronald J. Fisher, Esq. (SBN: 298660)
       fisher@braunhagey.com
5  **BRAUNHAGEY & BORDEN LLP**
   351 California Street, 10th Floor
6  San Francisco, CA 94104
   Telephone: (415) 599-0210
7  Facsimile: (415) 276-1808

8  Douglas S. Curran, Esq. (*pro hac vice*)
       curran@braunhagey.com
9  **BRAUNHAGEY & BORDEN LLP**
   118 W 22nd Street, 12th Floor
10 New York, NY 10011
   Telephone:  (646) 829-9403
11 Facsimile:   (646) 403-4089

12 *Attorneys for Counterclaim-Plaintiff
   and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>     v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>          Defendants. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>**[ADDITIONAL PAGES FOR JOINT STATEMENT]** |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>          Counterclaim-Plaintiff,<br><br>     v.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>          Counterclaim-Defendant. | **Compl. Filed**   December 2, 2021<br>**Trial Date:**    November 7, 2023 |

The Court, having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC's (collectively, "Milk Moovement") Motion for Administrative Relief for leave to file a Joint Discovery Statement of up to 15 pages, and good cause appearing therefore, hereby orders as follows:

Milk Moovement's Motion is **GRANTED**. The parties may file a Joint Discovery Statement of up to **15 pages** in advance of the March 13, 2023 discovery conference.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Allison Claire
United States Magistrate Judge