**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatchen@willkie.com
JENNIFER S. MAYBEE (SBN 239521)
  jmaybee@willkie.com
DANIEL P. MARTIN (SBN 306794)
  dpmartin@willkie.com
BRANDON K. FRANKLIN (SBN 303373)
  bfranklin@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Non-Party
**BANNEKER PARTNERS, LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MOTION TO QUASH SUBPOENA TO BANNEKER PARTNERS, LLC | Misc. Case No. 2:23-mc-00110-MCE-CKD<br>Case No. 2:21-cv-02233-WBS-AC |
| | **NOTICE OF RELATED CASES** |
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff/Counterdefendant<br>     vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>          Defendants/Counterclaimants. | |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to L.R. 123(b), Banneker Partners, LLC ("Banneker Partners") hereby gives notice that the action captioned *In Re Motion to Quash Subpoena to Banneker Partners, LLC*, Misc. Case No. 2:23-mc-00110 is related to the action pending in this Court captioned *Dairy, LLC v. Milk Moovement, Inc., et al.*, Case 2:21-cv-02233-WBS-AC on the basis that Misc. Case No. 2:23-mc-00110 arose from a subpoena served on non-party Banneker Partners for discovery in Case 2:21-cv-02233-WBS-AC.

Dated: March 13, 2023

WILLKIE FARR & GALLAGHER LLP
Simona A. Agnolucci
Jonathan A. Patchen
Jennifer S. Maybee
Daniel P. Martin
Brandon K. Franklin
Erica S. Miranda

By: */s/ Simona A. Agnolucci*
Simona A. Agnolucci

Attorneys for Non-Party
Banneker Partners, LLC