UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>  v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | No. 2:21-cv-2233 WBS AC<br><br><br>ORDER RELATING CASES |
| BANNEKER PARTNERS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:23-mc-110 MCE CKD |

----oo0oo----

Examination of the above-entitled actions reveals that

1

they are related within the meaning of Local Rule 123(a), because Miscellaneous Case No. 2:23-mc-110 MCE CKD, arose from a subpoena served on non-party Banneker Partners for discovery in Case No. 2:21-cv-2233 WBS AC.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Dairy, LLC v. Milk Movement, Inc., 2:21-cv-2233 WBS AC, and Banneker Partners, LLC v. Milk Movement, Inc., 2:23-mc-110 MCE CKD, be, and the same hereby are, deemed related.  The case denominated Banneker Partners, LLC v. Milk Movement, Inc., 2:23-mc-110 MCE CKD, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as Banneker Partners, LLC v. Milk Movement, Inc., Case No. 2:23-mc-110 WBS AC.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated:  March 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2