**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatchen@willkie.com
JENNIFER S. MAYBEE (SBN 239521)
  jmaybee@willkie.com
DANIEL P. MARTIN (SBN 306794)
  dpmartin@willkie.com
BRANDON K. FRANKLIN (SBN 303373)
  bfranklin@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Plaintiff
Dairy, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff/Counterdefendant,<br>　vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendants/Counterclaimants. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED]** ORDER GRANTING JOINT AND UNDISPUTED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE FOR JOINT STATEMENTS RE DISCOVERY DISAGREEMENTS<br><br>FAC Filed: Feb. 8, 2022<br>SACC Filed: Feb. 28, 2023 |

1   Having considered the Parties' Joint and Undisputed Motion for Administrative Relief and finding good cause, the Court hereby **GRANTS** the Parties' Motion.

The deadline for the Parties to file their joint statements for the motions at ECF Numbers 242, 246, 260, 264, 268, 269, 272 is extended to March 24, 2023.  This Order has no effect on the motions' scheduled hearing date.  The Parties are further ordered (1) to submit a single joint statement no longer than 25 pages addressing the motions at ECF Numbers 242, 246, and 272; and (2) to submit a single joint statement no longer than 25 pages addressing the motions at ECF Numbers 260 and 268.  The Parties shall submit an additional joint statement no longer than 25 pages addressing the motion at ECF Number 264 and an additional joint statement no longer than 25 pages addressing the motion at ECF Number 269, for a total of four (4) joint statements to be submitted on March 24, 2023.

**IT IS SO ORDERED.**

DATED: March 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE