1  J. Noah Hagey, Esq. (SBN: 262331)
      hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
      borden@braunhagey.com
3  Andrew Levine, Esq. (SBN: 278246)
      levine@braunhagey.com
4  Ronald J. Fisher, Esq. (SBN: 298660)
      fisher@braunhagey.com
5  **BRAUNHAGEY & BORDEN LLP**
   351 California Street, 10th Floor
6  San Francisco, CA 94104
   Telephone: (415) 599-0210
7  Facsimile: (415) 276-1808

8  Douglas S. Curran, Esq. (*pro hac vice*)
      curran@braunhagey.com
9  **BRAUNHAGEY & BORDEN LLP**
   118 W 22nd Street, 12th Floor
10 New York, NY 10011
   Telephone:  (646) 829-9403
11 Facsimile:   (646) 403-4089

12 *Attorneys for Counterclaim-Plaintiff
   and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>  Defendants. | Case No.: 2:21-CV-02233-WBS-AC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO SEAL DOCUMENTS<br><br>**Date:**     April 5, 2023<br>**Time:**     10:00 a.m.<br>**Crtm.:**    26, 8th Floor<br>**Judge:**    Hon. Allison Claire<br><br>**Compl. Filed**  December 2, 2021<br>**Trial Date:**   November 7, 2023 |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>  Counterclaim-Plaintiff,<br><br>v.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>  Counterclaim-Defendant. | |

## [~~PROPOSED~~] ORDER

Having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC's (collectively, "Milk Moovement") Request to Seal Documents, and good cause appearing therefore, the Court hereby orders as follows:

The Request to Seal Documents is **GRANTED**. The documents identified therein as SEAL.001-28 shall be sealed on a provisional basis for three (3) days. Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* E.D. Cal. R. 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: March 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE