1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20
21

| DAIRY, LLC, a Delaware Limited Liability Company, | Case No. 2:21-cv-02233-WBS-AC |
|---|---|
| Plaintiff/Counterdefendant, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL PORTIONS OF JOINT STATEMENT RE MOTION TO COMPEL COMPLIANCE WITH STIPULATED PROTECTIVE ORDER [ECF NO. 54] |
| vs. | |
| MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company, | |
| Defendant/Counterclaimants. | |

22
23
24
25
26
27
28

[PROPOSED] ORDER

THIS CAUSE came before the Court on Plaintiff's Request to Seal Portions Of Joint Statement Re Motion to Compel Compliance With Stipulated Protective Order [ECF No. 54] ("Request"). The Court, having reviewed the Request and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the indicated portions of the following documents be filed under sealed:

| Requesting / Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Milk Moovement | **Joint Statement Re Motion to Compel Compliance With Stipulated Protective Order**<br><br>Pages 15–22 | • Page 15 at lns.11, 14–15<br>• Page 16 at lns. 2, 5–6, 7–28<br>• Page 17 at lns. 1–28<br>• Page 18 at lns. 1–28<br>• Page 19 at lns. 1–28<br>• Page 20 at lns. 1–2<br>• Page 21 at lns. 15–20<br>• Page 22 at lns. 9–14, 21–23 |
| Milk Moovement | **Agnolucci Declaration & Exhibits**<br><br>Pages 26, 28 | • Exhibit HH<br>• Exhibit II |

Plaintiff is ordered to file redacted versions of the above-referenced documents on the public docket and send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED: March 27, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE