UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff/Counterdefendant,<br><br>　vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendant/Counterclaimants. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL JOINT LETTER BRIEF** |

THIS CAUSE came before the Court on Dairy, LLC's Request to Seal the parties' Joint Letter Brief re: April 5, 2023 Discovery Management Conference (the "Joint Letter Brief" and the "Request"). The Court, having reviewed the Request, the Joint Letter Brief, and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the indicated portions of the Joint Letter Brief be filed under sealed:

| Requesting / Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Milk Moovement | Joint Letter Brief, LUS page 5 | LUS page 5 (highlighted text in third paragraph) |

Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED: March 30, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-
[PROPOSED] ORDER GRANTING REQUEST TO SEAL JOINT LETTER BRIEF
CASE NO. 2:21-CV-02233-WBS-AC