# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff/Counterdefendant,<br><br>　vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendant/Counterclaimants. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[**~~PROPOSED~~**] ORDER GRANTING DAIRY, LLC'S REQUEST TO SEAL DOCUMENTS AND PORTIONS OF THE PARTIES' BRIEFING RELATED TO ECF NOS. 277 & 280** |

THIS CAUSE came before the Court on Dairy, LLC's Request to Seal portions of the parties' Joint Statement re Milk Moovement's Motion to Compel Production of Documents and Testimony from Scott Sexton and re Dairy's Motion for Protective Order forbidding the production of documents and testimony from Dairy's Chief Executive Officer Scott Sexton (ECF No. 277) (the "Joint Statement") and the supporting declaration of Douglas Curran (the "Curran Declaration") (ECF No. 280). Milk Moovement requested provisional sealing of these materials (ECF No. 278), which the Court granted on March 28, 2023 (ECF No. 283). Dairy now requests that the material identified below be permanently sealed (the "Request"). The Court, having reviewed the Request, the Joint Statement, the Curran Declaration, and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the indicated portions of the Joint Statement and Currant Declaration be filed under sealed:

**Joint Statement (ECF No. 277) and Curran Declaration (ECF No. 280):**

| Document | Bates No./Description | Portion to be Sealed |
|---|---|---|
| Joint Statement re Milk Moovement's Motion to Compel Production of Documents and Testimony from Scott Sexton and re Dairy's Motion for Protective Order Forbidding Production of Documents and Testimony from Scott Sexton | Joint Statement | Highlighted portion |
| Curran Decl., Ex. 3 | Dairy00005936 | Full Document |
| Curran Decl., Ex. 4 | Dairy00005918 | Full Document |
| Curran Decl., Ex. 5 | Dairy00005792 | Full Document |

Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED: March 30, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE