# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendants/Counterclaimants | Case No. 2:21-cv-02233-WBS-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING REQUEST TO SEAL DOCUMENTS RELATED TO THE PARTIES' JOINT STATEMENT RE MOTIONS (ECF 301 AND 302) TO COMPEL COMPLIANCE WITH THE PROTECTIVE ORDER [ECF NO. 54]**<br><br>Date:　　　May 10, 2023<br>Time:　　　10:00 a.m.<br>Courtroom:　26<br>Judge:　　　Mag. Judge Allison Claire<br><br>FAC Filed:　Feb. 8, 2022<br>SACC Filed:　Feb. 28, 2023 |

THIS CAUSE came before the Court on Dairy's Request to Seal Documents Related to the Parties' Joint Statement re Motions (ECF 301 and 302) to Compel Compliance with the Protective Order [ECF No. 54] and in the supporting declaration of Brandon Franklin (the "Franklin Declaration") (ECF No. 317) (the "Request"). The Court, having reviewed the Request and the Franklin Declaration, and good cause showing, GRANTS the Request and orders that the indicated documents be filed and maintained under seal for the duration of the litigation:

**(1) Certain of Dairy's interrogatory responses describing its software, which Dairy designated AEO and subsequently agreed to partially down-designate to Confidential:**

| Requesting / Designating Party | Exhibit Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Dairy | Franklin Decl., Ex. 1, LUS pages 1-8 | Full Document |
| Dairy | Franklin Decl., Ex. 2, LUS pages 9-15 | Full Document |

**(2) Documents relating to third-party training presentations, which Dairy designated Confidential:**

| Requesting / Designating Party | Exhibit Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Dairy | Franklin Decl., Ex. 3, LUS pages 16-245 | Full Document |
| Dairy | Franklin Decl., Ex. 4, LUS pages 246-264 | Full Document |
| Dairy | Franklin Decl., Ex. 5, LUS pages 265-306 | Full Document |
| Dairy | Franklin Decl., Ex. 6, LUS pages 307-455 | Full Document |
| Dairy | Franklin Decl., Ex. 78, LUS pages 995-996 | Full Document |
| Dairy | Franklin Decl., Ex. 7, LUS pages 456-601 | Full Document |
| Dairy | Franklin Decl., Ex. 8, LUS pages 602-617 | Full Document |
| Dairy | Franklin Decl., Ex. 80, LUS pages 1087-1117 | Full Document |
| Dairy | Franklin Decl., Ex. 81, LUS pages 1118-1148 | Full Document |
| Dairy | Franklin Decl., Ex. 82, LUS pages 1149-1171 | Full Document |
| Dairy | Franklin Decl., Ex. 79, LUS pages 997-1086 | Full Document |

**(3) Highly-sensitive documents concerning Dairy and Dairy's software, including release notes, technical documents, and reports on the implementation of Dairy's software at California Dairies, Inc. ("CDI"), which Dairy designated AEO:**

| Requesting / Designating Party | Exhibit Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Dairy | Franklin Decl., Ex. 9, LUS pages 618-621 | Full Document |
| Dairy | Franklin Decl., Ex. 10, LUS pages 622-624 | Full Document |
| Dairy | Franklin Decl., Ex. 11, LUS pages 625-628 | Full Document |
| Dairy | Franklin Decl., Ex. 12, LUS pages 629-633 | Full Document |
| Dairy | Franklin Decl., Ex. 13, LUS pages 634-640 | Full Document |
| Dairy | Franklin Decl., Ex. 14, LUS pages 641-642 | Full Document |
| Dairy | Franklin Decl., Ex. 15, LUS pages 643-646 | Full Document |
| Dairy | Franklin Decl., Ex. 16, LUS pages 647-649 | Full Document |
| Dairy | Franklin Decl., Ex. 17, LUS pages 650-654 | Full Document |
| Dairy | Franklin Decl., Ex. 18, LUS pages 655-661 | Full Document |
| Dairy | Franklin Decl., Ex. 19, LUS pages 662-668 | Full Document |
| Dairy | Franklin Decl., Ex. 20, LUS pages 669-675 | Full Document |
| Dairy | Franklin Decl., Ex. 21, LUS pages 676-686 | Full Document |
| Dairy | Franklin Decl., Ex. 22, LUS pages 687-698 | Full Document |
| Dairy | Franklin Decl., Ex. 23, LUS pages 699-700 | Full Document |
| Dairy | Franklin Decl., Ex. 24, LUS pages 701-702 | Full Document |
| Dairy | Franklin Decl., Ex. 25, LUS pages 703-706 | Full Document |
| Dairy | Franklin Decl., Ex. 26, LUS pages 707-714 | Full Document |
| Dairy | Franklin Decl., Ex. 27, LUS pages 715-716 | Full Document |
| Dairy | Franklin Decl., Ex. 28, LUS pages 717-722 | Full Document |
| Dairy | Franklin Decl., Ex. 29, LUS pages 723-729 | Full Document |
| Dairy | Franklin Decl., Ex. 30, LUS pages 730-744 | Full Document |
| Dairy | Franklin Decl., Ex. 31, LUS pages 745-761 | Full Document |
| Dairy | Franklin Decl., Ex. 32, LUS pages 762-769 | Full Document |
| Dairy | Franklin Decl., Ex. 33, LUS pages 770-778 | Full Document |
| Dairy | Franklin Decl., Ex. 34, LUS pages 779-781 | Full Document |
| Dairy | Franklin Decl., Ex. 35, LUS pages 782-784 | Full Document |

| | | |
|---|---|---|
| Dairy | Franklin Decl., Ex. 36, LUS pages 785-786 | Full Document |
| Dairy | Franklin Decl., Ex. 37, LUS pages 787-791 | Full Document |
| Dairy | Franklin Decl., Ex. 38, LUS pages 792-801 | Full Document |
| Dairy | Franklin Decl., Ex. 39, LUS pages 802-820 | Full Document |
| Dairy | Franklin Decl., Ex. 40, LUS pages 821-840 | Full Document |
| Dairy | Franklin Decl., Ex. 41, LUS pages 841-844 | Full Document |
| Dairy | Franklin Decl., Ex. 42, LUS pages 845-861 | Full Document |
| Dairy | Franklin Decl., Ex. 43, LUS pages 862-863 | Full Document |
| Dairy | Franklin Decl., Ex. 44, LUS pages 864-865 | Full Document |
| Dairy | Franklin Decl., Ex. 45, LUS pages 866-867 | Full Document |
| Dairy | Franklin Decl., Ex. 46, LUS pages 868-870 | Full Document |
| Dairy | Franklin Decl., Ex. 47, LUS pages 871-872 | Full Document |
| Dairy | Franklin Decl., Ex. 48, LUS pages 873-876 | Full Document |
| Dairy | Franklin Decl., Ex. 49, LUS pages 877-878 | Full Document |
| Dairy | Franklin Decl., Ex. 50, LUS pages 879-880 | Full Document |
| Dairy | Franklin Decl., Ex. 51, LUS pages 881-884 | Full Document |
| Dairy | Franklin Decl., Ex. 52, LUS pages 885-891 | Full Document |
| Dairy | Franklin Decl., Ex. 53, LUS pages 892-898 | Full Document |
| Dairy | Franklin Decl., Ex. 54, LUS pages 899-904 | Full Document |
| Dairy | Franklin Decl., Ex. 55, LUS pages 905-906 | Full Document |
| Dairy | Franklin Decl., Ex. 56, LUS pages 907-908 | Full Document |
| Dairy | Franklin Decl., Ex. 57, LUS pages 909-910 | Full Document |
| Dairy | Franklin Decl., Ex. 58, LUS pages 911-913 | Full Document |
| Dairy | Franklin Decl., Ex. 59, LUS pages 914-917 | Full Document |
| Dairy | Franklin Decl., Ex. 60, LUS pages 918-921 | Full Document |
| Dairy | Franklin Decl., Ex. 61, LUS pages 922-925 | Full Document |
| Dairy | Franklin Decl., Ex. 62, LUS pages 926-930 | Full Document |
| Dairy | Franklin Decl., Ex. 63, LUS pages 931-946 | Full Document |
| Dairy | Franklin Decl., Ex. 64, LUS pages 947-954 | Full Document |
| Dairy | Franklin Decl., Ex. 65, LUS pages 955-956 | Full Document |
| Dairy | Franklin Decl., Ex. 66, LUS pages 957-958 | Full Document |
| Dairy | Franklin Decl., Ex. 67, LUS pages 959-961 | Full Document |

| Dairy | Franklin Decl., Ex. 68, LUS pages 962-963 | Full Document |
|---|---|---|
| Dairy | Franklin Decl., Ex. 69, LUS pages 964-967 | Full Document |
| Dairy | Franklin Decl., Ex. 70, LUS pages 968-974 | Full Document |
| Dairy | Franklin Decl., Ex. 71, LUS pages 975-976 | Full Document |
| Dairy | Franklin Decl., Ex. 72, LUS pages 977-979 | Full Document |
| Dairy | Franklin Decl., Ex. 73, LUS pages 980-981 | Full Document |
| Dairy | Franklin Decl., Ex. 74, LUS pages 982-983 | Full Document |
| Dairy | Franklin Decl., Ex. 75, LUS pages 984-985 | Full Document |
| Dairy | Franklin Decl., Ex. 76, LUS pages 986-992 | Full Document |
| Dairy | Franklin Decl., Ex. 77, LUS pages 993-994 | Full Document |

Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED: April 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE