J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
  levine@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
  fisher@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Douglas S. Curran, Esq. (*pro hac vice*)
  curran@braunhagey.com
Garrett M. Biedermann, Esq. (*pro hac vice*)
  biedermann@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone:  (646) 829-9403
Facsimile:   (646) 403-4089

*Attorneys for Counterclaim-Plaintiff
and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendants. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF** |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>　　　　Counterclaim-Plaintiff,<br>　　v.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Counterclaim-Defendant. | **Compl. Filed**　December 2, 2021<br>**Trial Date:**　November 7, 2023 |

1 | The Court, having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc.'s ("Milk Moovement") Unopposed Motion for Administrative Relief, and good cause appearing therefore, hereby orders as follows:

Milk Moovement's Unopposed Motion is **GRANTED**. The parties are directed to file, no later than May 19, 2023, separate statements of no more than five pages, double-spaced, addressing their views on how the Court's April 5, 2023 discovery rulings are impacted by the Court's May 12, 2023 Opinion and Order denying Plaintiff's motions to dismiss and strike.

The Court will hold a discovery conference on Wednesday, May 24, 2023 at 10:00 a.m. PDT regarding the issues addressed in the parties' May 19 statements.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Allison Claire
United States Magistrate Judge