1  J. Noah Hagey, Esq. (SBN: 262331)
      hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
      borden@braunhagey.com
3  Andrew Levine, Esq. (SBN: 278246)
      levine@braunhagey.com
4  Ronald J. Fisher, Esq. (SBN: 298660)
      fisher@braunhagey.com
5  **BRAUNHAGEY & BORDEN LLP**
   351 California Street, 10th Floor
6  San Francisco, CA 94104
   Telephone: (415) 599-0210
7  Facsimile: (415) 276-1808

8  Douglas S. Curran, Esq. (*pro hac vice*)
      curran@braunhagey.com
9  Garrett M. Biedermann, Esq. (*pro hac vice*)
      biedermann@braunhagey.com
10 **BRAUNHAGEY & BORDEN LLP**
   118 W 22nd Street, 12th Floor
11 New York, NY 10011
   Telephone:  (646) 829-9403
12 Facsimile:   (646) 403-4089

13 *Attorneys for Counterclaim-Plaintiff
   and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO SEAL DOCUMENTS** |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>    Counterclaim-Plaintiff,<br>    v.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>    Counterclaim-Defendant. | **Date:** May 24, 2023<br>**Time:** 11:00 a.m.<br>**Ctrm.:** 26, 8th Floor<br>**Judge:** Hon. Allison Claire<br><br>**Compl. Filed** December 2, 2021<br>**Trial Date:** November 7, 2023 |

**[~~PROPOSED~~] ORDER**

Having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC's (collectively, "Milk Moovement") Request to Seal Documents, and good cause appearing therefore, the Court hereby orders as follows:

The Request to Seal Documents is **GRANTED**. The documents identified therein as SEAL.001-031 shall be sealed on a provisional basis for three (3) days. Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* E.D. Cal. R. 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: May 23, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE