1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11   DAIRY, LLC, a Delaware Limited Liability
Company,

12                    Plaintiff/Counterdefendant,

13

14            vs.

15   MILK MOOVEMENT, INC., a foreign
Corporation, and MILK MOOVEMENT,
16   LLC, a Delaware Limited Liability
Company,

17

18                    Defendant/Counterclaimants.

19

Case No. 2:21-cv-02233-WBS-AC

**[PROPOSED] ORDER GRANTING
DAIRY, LLC'S REQUEST TO SEAL
DOCUMENTS AND PORTIONS OF
MILK MOOVEMENT'S BRIEFING
RELATED TO ECF NO. 332**

20
21
22
23
24
25
26
27
28

THIS CAUSE came before the Court on Dairy, LLC's ("Dairy")[1] Request to Seal portions of Defendant and Counterclaimant Milk Moovement, Inc.'s and Defendant Milk Moovement, LLC's Statement Pursuant to the Court's May 17 Order (ECF No. 332) ("Milk's Separate Statement") and the supporting declaration of Douglas Curran (the "Curran Declaration") (ECF No. 332-1). Milk Moovement requested provisional sealing of these materials (ECF No. 333), which the Court granted on May 24, 2023 (ECF No. 336). Dairy now requests that the material identified below be permanently sealed. The Court, having reviewed the Request, Milk's Separate Statement, the Curran Declaration, and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the indicated portions of Milk's Separate Statement and the Curran Declaration be filed under seal:

**Milk's Separate Statement (ECF No. 332) and Curran Declaration (ECF No. 332-1):**

| Document | Bates No./Description | Portion to be Sealed | Designation Under Protective Order (ECF No. 54) |
|---|---|---|---|
| Defendant and Counterclaimant Milk Moovement, Inc.'s and Defendant Milk Moovement, LLC's Statement Pursuant to the Court's May 17 Order | Milk's Separate Statement | Highlighed portions | Highly Confidential – Attorneys' Eyes Only |
| Curran Decl., Ex. 1 | Dairy00006906—Dairy00006907 | Full Document | Highly Confidential – Attorneys' Eyes Only |
| Curran Decl., Ex. 2 | Dairy00006795—Dairy00006800 | Full Document | Highly Confidential – Attorneys' Eyes Only |
| Curran Decl., Ex. 3 | Dairy00006863—Dairy00006864 | Full Document | Highly Confidential – Attorneys' Eyes Only |
| Curran Decl., Ex. 4 | Dairy00006651—Dairy00006652 | Full Document | Highly Confidential – Attorneys' Eyes Only |
| Curran Decl., Ex. 5 | Dairy00006653—Dairy00006655 | Full Document | Highly Confidential – Attorneys' Eyes Only |
| Curran Decl., Ex. 6 | Dairy00006791—Dairy00006794 | Full Document | Highly Confidential – Attorneys' Eyes Only |

---

[1] Dairy has changed its name to Ever.Ag, *see* ECF No. 265.

1    Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that

2    they may be filed under seal.

3    **IT IS SO ORDERED.**

4

5    DATED:  May 26, 2023

                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE