**WILLKIE FARR & GALLAGHER LLP**
SIMONA A. AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatchen@willkie.com
JENNIFER S. MAYBEE (SBN 239521)
  jmaybee@willkie.com
DANIEL P. MARTIN (SBN 306794)
  dpmartin@willkie.com
BRANDON K. FRANKLIN (SBN 303373)
  bfranklin@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:     (415) 858-7400

**WILLKIE FARR & GALLAGHER LLP**
KATRINA M. ROBSON (SBN 229835)
  krobson@willkie.com
1875 K Street, NY
Washington, DC 20006
Telephone: (202) 303-1000

Attorneys for Plaintiff/Counterdefendant
**Dairy, LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>                    Plaintiff,<br><br>            vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>                    Defendants. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING JOINT AND UNDISPUTED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE FOR JOINT STATEMENTS RE DISCOVERY DISAGREEMENTS**<br><br>FAC Filed: Feb. 8, 2022<br>SACC Filed: Feb. 28, 2023<br>Trial Date: June 11, 2024 |

- 1 -
[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO
EXTEND DEADLINE FOR JOINT STATEMENTS RE DISCOVERY DISAGREEMENTS
Case No. 2:21-cv-02233

MILK MOOVEMENT, INC., a foreign Corporation,

        Counterclaim-Plaintiff,

  vs.

DAIRY, LLC, a Delaware Limited Liability Company,

        Counterclaim-Defendant.

Having considered the Parties' Joint and Undisputed Motion for Administrative Relief and finding good cause, the Court hereby **GRANTS** the Parties' Motion.

The deadline for the Parties to file their joint statements for the motions at ECF Numbers 351 and 352 is extended to June 23, 2023.  This Order has no effect on the motions' scheduled hearing date.  The Parties are further ordered to submit a single joint statement no longer than 35 pages (double-spaced), exclusive of appendices setting forth the text of disputed requests, addressing (1) the motions at ECF Numbers 351 and 352 and (2) the other matters the Parties' mutually agree to resolve during the June 28, 2023 discovery conference.

**IT IS SO ORDERED.**

**DATED:** June 22, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE FOR JOINT STATEMENTS RE DISCOVERY DISAGREEMENTS
CASE NO. 2-21-CV-02233-WBS-AC