J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
   borden@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
   levine@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
   fisher@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Douglas S. Curran, Esq. (*pro hac vice*)
   curran@braunhagey.com
Garrett M. Biedermann, Esq. (*pro hac vice*)
   biedermann@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

*Attorneys for Counterclaim-Plaintiff and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>       Plaintiff,<br><br>    v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>       Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br><br>       Counterclaim-Plaintiff,<br><br>    v.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>       Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO SEAL DOCUMENTS**<br><br>**Date:** June 28, 2023<br>**Time:** 10:00 a.m.<br>**Ctrm.:** 26, 8th Floor<br>**Judge:** Hon. Allison Claire<br><br>**Compl. Filed** December 2, 2021<br>**Trial Date:** June 11, 2024 |

**[PROPOSED] ORDER**

Having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC's (collectively, "Milk Moovement") Request to Seal Documents, and good cause appearing therefore, the Court hereby orders as follows:

The Request to Seal Documents is **GRANTED**. The documents identified therein as SEAL.01-58 shall be sealed on a provisional basis for three (3) days. Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* E.D. Cal. R. 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: June 26, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE