1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

13
14  DAIRY, LLC, a Delaware Limited Liability Company,
15           Plaintiff/Counterdefendant,
16      vs.
17
18  MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,
19
20           Defendant/Counterclaimants.
21

Case No. 2:21-cv-02233-WBS-AC

**[PROPOSED] ORDER GRANTING REQUEST TO SEAL PORTIONS OF THE JOINT STATEMENT RE JUNE 28 DISCOVERY CONFERENCE**

22
23
24
25
26
27
28

THIS CAUSE came before the Court on Dairy, LLC's Request to Seal the parties' Joint Statement re June 28, 2023 Discovery Conference (the "Joint Statement" and the "Request"). The Court, having reviewed the Request, the Joint Statement, and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the indicated portions of the Joint Statement be filed under seal:

| Requesting / Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Milk Moovement | **Miranda Declaration & Exhibits** Pages 1–33 | - Ex. A, pg. 1–16<br>- Ex. M [native format only]<br>- Ex. Q, pg. 17–33 |

Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED: June 26, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-
[PROPOSED] ORDER GRANTING REQUEST TO SEAL DISCOVERY CONFERENCE STATEMENT
CASE NO. 2:21-CV-02233-WBS-AC