1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EVER.AG, LLC,                              No.  2:21-cv-02233 WBS AC

12                    Plaintiff,

13          v.                                   <u>ORDER</u>

14    MILK MOOVEMENT, INC., a/k/a Milk
      Moovement, LLC, a foreign corporation,
15
                      Defendant.
16

17

18          The parties appeared before the court on June 28, 2023 for a discovery conference and to

19    resolve a motion to compel brought by Ever.Ag (ECF No. 351) and a motion to compel brought

20    by Milk Moovement (ECF No. 352).  This case has been before the court numerous times

21    throughout the course of discovery and the parties are aware of the history and status of the case;

22    it will not be repeated here.  Having considered the filings and the parties' oral arguments, each

23    motion is GRANTED in part and DENIED in part as follows.

24          The court will not make a ruling on production that is ongoing before the substantial

25    completion deadline of July 14, 2023, has arrived.  However, on July 14, 2023, each party shall

26    submit and file on record an affidavit by a person with knowledge attesting to the status and/or

27    completeness of production.  The affidavits should address the status of production regarding

28    initial disclosures and responses to requests for production by category (e.g., trade secret,

                                                 1

1   antitrust).  If, following the substantial completion deadline, either party believes that a motion to

2   compel is necessary, they may bring a motion.

3        Each party is granted five additional interrogatories and three additional custodians to use

4   as they see fit.  Considering the extensive resources that have already been devoted to discovery

5   in this case, the court will disfavor further requests for additional interrogatories or custodians

6   absent a specific showing of good cause.

7        Milk's motion to compel Ever.Ag to produce responsive messages from custodian's

8   personal cell phones is denied for failure to show specific good cause or Ever.Ag's possession

9   and control over the devices.  These devices must be obtained through the individual third-party

10  subpoena process.

11       This order resolves ECF Nos. 351 and 352.  Any discovery sought by the motions that is

12  not ordered here is denied.

13       IT IS SO ORDERED.

14  DATED: June 28, 2023

15  _____
    ALLISON CLAIRE
16  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2