UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff/Counterdefendant,<br><br>　vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendant/Counterclaimants. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DAIRY, LLC'S REQUEST TO SEAL EXHIBITS TO THE DECLARATION OF DOUGLAS S. CURRAN IN SUPPORT OF JOINT STATEMENT REGARDING JUNE 28 CONFERENCE [ECF 361]**<br><br>FAC Filed:　Feb. 8, 2022<br>SACC Filed:　Feb. 28, 2023<br><br>*U.S. Magistrate Judge Allison Claire* |

(Note: "PROPOSED" in the heading is shown with strikethrough.)

THIS CAUSE came before the Court on Dairy, LLC's ("Dairy") Request to Seal exhibits to the Declaration of Douglas S. Curran in Support of Joint Statement Regarding June 28 Conference (ECF No. 361) (the "Curran Declaration"). Milk Moovement requested provisional sealing of these materials (ECF No. 362), which the Court granted on June 27, 2023 (ECF No. 363). Dairy now requests that its proprietary and strategic business information identified in the exhibits below be permanently sealed. The Court, having reviewed the Request, the Curran Declaration, the exhibits identified below, and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the indicated portions of the following exhibits to the Curran Declaration be filed and maintained under seal:

**Exhibits to the Curran Declaration (ECF No. 361):**

| Document | Bates No./ Description | Portion to be Sealed | Designation Under Protective Order (ECF No. 54) |
|---|---|---|---|
| **Curran Decl., Ex. 2**<br><br>ECF No. 361-2<br>LUS pp. SEAL.02–18 | Meet-and-Confer Correspondence | Highlighted Portions of the Following Pages:<br><br>SEAL.05<br>SEAL.10<br>SEAL.11 | Confidential or Highly Confidential – Attorneys' Eyes Only |
| **Curran Decl., Ex. 3**<br><br>ECF No. 361-3<br>LUS pp. SEAL.20–21 | Dairy00005928–Dairy00005929 | Full Document | Highly Confidential – Attorneys' Eyes Only |
| **Curran Decl., Ex. 5**<br><br>ECF No. 361-5<br>LUS p. SEAL.28 | Dairy00008658 | Full Document | Highly Confidential – Attorneys' Eyes Only |
| **Curran Decl., Ex. 6**<br><br>ECF No. 361-6<br>LUS pp. SEAL.30–58 | Dairy00007004–Dairy00007032 | Full Document | Highly Confidential – Attorneys' Eyes Only |

-2-

1   Milk Moovement is ordered to send unredacted copies of the above-identified documents
2   to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.
3   **IT IS SO ORDERED.**
4   DATED: July 5, 2023

_[signature]_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE