J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
    levine@braunhagey.com
Ronald J. Fisher, Esq. (SBN: 298660)
    fisher@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Douglas S. Curran, Esq. (*pro hac vice*)
    curran@braunhagey.com
Garrett M. Biedermann, Esq. (*pro hac vice*)
    biedermann@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone:  (646) 829-9403
Facsimile:   (646) 403-4089

*Attorneys for Counterclaim-Plaintiff
and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendants. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S MOTION FOR ADMINISTRATIVE RELIEF** |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>　　　　　　Counterclaim-Plaintiff,<br><br>　　v.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br>　　　　　　Counterclaim-Defendant. | **Compl. Filed**　December 2, 2021<br>**Trial Date:**　　June 11, 2024 |

The Court, having considered Milk Moovement's Undisputed Motion for Administrative Relief, and good cause appearing therefore, hereby orders as follows:

The motion is **GRANTED**. The deadline for Milk Moovement and Dairy, LLC to submit a joint statement regarding Milk Moovement's Motion for Protective Order (ECF 380) is hereby extended to August 9, 2023.

**IT IS SO ORDERED.**

Dated: August 1, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE