1 | J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
2 | **BRAUNHAGEY & BORDEN LLP**
    351 California Street, 10th Floor
3 | San Francisco, CA 94104
    Telephone: (415) 599-0210
4 | Facsimile: (415) 276-1808

5 | Douglas S. Curran, Esq. (*pro hac vice*)
    curran@braunhagey.com
6 | Garrett M. Biedermann, Esq. (*pro hac vice*)
    biedermann@braunhagey.com
7 | **BRAUNHAGEY & BORDEN LLP**
    118 W 22nd Street, 12th Floor
8 | New York, NY 10011
    Telephone: (646) 829-9403
9 | Facsimile: (646) 403-4089

*Attorneys for Counterclaim-Plaintiff and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br>　　　　　Plaintiff,<br>　　v.<br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br>　　　　　Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br>　　　　　Counterclaim-Plaintiff,<br>　　v.<br>DAIRY, LLC, a Delaware Limited Liability Company,<br>　　　　　Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:　　　　August 9, 2023<br>Time:　　　　10:00 a.m.<br>Courtroom:　 26<br>Judge:　　　Mag. Judge Allison Claire<br><br>Compl. Filed　December 2, 2021<br>Trial Date:　　June 11, 2024 |

---

Case No.: 2:21-CV-02233-WBS-AC
[PROPOSED] ORDER GRANTING MILK MOOVEMENT'S REQUEST TO SEAL DOCUMENTS

**[PROPOSED] ORDER**

Having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC's (collectively, "Milk Moovement") Request to Seal Documents, and good cause appearing therefore, the Court hereby orders as follows:

The Request to Seal Documents is **GRANTED**. The documents identified therein as SEAL.001 – SEAL.003 shall be sealed on a provisional basis for three (3) days. Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* E.D. Cal. R. 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: August 8, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE