| | |
|---|---|
| 1 | J. Noah Hagey, Esq. (SBN: 262331) |
|   |    hagey@braunhagey.com |
| 2 | Matthew Borden, Esq. (SBN: 214323) |
|   |    borden@braunhagey.com |
| 3 | Andrew Levine, Esq. (SBN: 278246) |
|   |    levine@braunhagey.com |
| 4 | Ronald J. Fisher, Esq. (SBN: 298660) |
|   |    fisher@braunhagey.com |
| 5 | **BRAUNHAGEY & BORDEN LLP** |
|   | 351 California Street, 10th Floor |
| 6 | San Francisco, CA 94104 |
|   | Telephone: (415) 599-0210 |
| 7 | Facsimile: (415) 276-1808 |
| 8 | Douglas S. Curran, Esq. (*pro hac vice*) |
|   |    curran@braunhagey.com |
| 9 | Garrett M. Biedermann, Esq. (*pro hac vice*) |
|   |    biedermann@braunhagey.com |
| 10 | **BRAUNHAGEY & BORDEN LLP** |
|   | 118 W 22nd Street, 12th Floor |
| 11 | New York, NY 10011 |
|   | Telephone: (646) 829-9403 |
| 12 | Facsimile: (646) 403-4089 |

*Attorneys for Counterclaim-Plaintiff
and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company, <br>       Plaintiff, <br><br>v. <br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company, <br>       Defendants. | Case No.: 2:21-CV-02233-WBS-AC <br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S MOTION FOR ADMINISTRATIVE RELIEF |
| MILK MOOVEMENT, INC., a foreign Corporation, <br>       Counterclaim-Plaintiff, <br><br>v. <br><br>DAIRY, LLC, a Delaware Limited Liability Company, <br>       Counterclaim-Defendant. | **Compl. Filed**   December 2, 2021 <br>**Trial Date:**     June 11, 2024 |

The Court, having considered Milk Moovement's Undisputed Motion for Administrative Relief, and good cause appearing therefore, hereby orders as follows:

The motion is **GRANTED**.  The deadline for Milk Moovement and Dairy, LLC to submit a joint statement regarding Milk Moovement's Motion for Protective Order (ECF 382) is hereby extended to August 11, 2023.

**IT IS SO ORDERED.**

Dated: August 9, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE