1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  **BRAUNHAGEY & BORDEN LLP**
   351 California Street, 10th Floor
3  San Francisco, CA 94104
   Telephone: (415) 599-0210
4  Facsimile: (415) 276-1808

5  Douglas S. Curran, Esq. (*pro hac vice*)
       curran@braunhagey.com
6  Garrett M. Biedermann, Esq. (*pro hac vice*)
       biedermann@braunhagey.com
7  **BRAUNHAGEY & BORDEN LLP**
   118 W 22nd Street, 12th Floor
8  New York, NY 10011
   Telephone: (646) 829-9403
9  Facsimile: (646) 403-4089

10 *Attorneys for Counterclaim-Plaintiff and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br><br>　　　　　Counterclaim-Plaintiff,<br>　　v.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO SEAL DOCUMENTS**<br><br>Date:　　　　August 16, 2023<br>Time:　　　　10:00 a.m.<br>Courtroom:　26<br>Judge:　　　Mag. Judge Allison Claire<br><br>Compl. Filed　December 2, 2021<br>Trial Date:　　June 11, 2024 |

Case No.: 2:21-CV-02233-WBS-AC
[PROPOSED] ORDER GRANTING MILK MOOVEMENT'S REQUEST TO SEAL DOCUMENTS

**[~~PROPOSED~~] ORDER**

Having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC's (collectively, "Milk Moovement") Request to Seal Documents, and good cause appearing therefore, the Court hereby **GRANTS** the Request to Seal Documents and **ORDERS** as follows:

1. The documents identified in the Request to Seal as SEAL.001 – SEAL.183 shall be sealed on a provisional basis for three (3) days. Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* E.D. Cal. R. 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

2. The document identified in the Request to Seal Documents as SEAL.184 – SEAL.188 shall be sealed on a permanent basis.

**IT IS SO ORDERED.**

Dated: August 10, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE