1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

13
14  DAIRY, LLC, a Delaware Limited Liability Company,

15          Plaintiff,

16      vs.

17  MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,

20          Defendants.

21
22
23  MILK MOOVEMENT, INC., a foreign Corporation,

24          Counterclaimant,

25      vs.

26
27
28

Case No. 2:21-cv-02233-WBS-AC

[~~PROPOSED~~] ORDER GRANTING DAIRY, LLC'S REQUEST TO SEAL PORTIONS OF AND EXHIBITS TO THE DECLARATION OF JENNIFER S. MAYBEE IN SUPPORT OF THE JOINT STATEMENT RE MILK MOOVEMENT, LLC'S MOTION FOR PROTECTIVE ORDER [ECF NO. 380]

DAIRY, LLC, a Delaware Limited Liability Company,

        Counterdefendant

THIS CAUSE came before the Court on Dairy, LLC's[1] Request to Seal the following portions of the Declaration of Jennifer S. Maybee (the "Maybee Decl.") In Support Of the parties' Joint Statement re Defendant and Counterclaimant Milk Moovement, Inc.'s and Defendant Milk Moovement, LLC's Motion for Protective Order (ECF No. 380) (the "Joint Statement"), and certain exhibits to the Maybee Decl. The Court, having reviewed the Request, the Joint Statement, the Maybee Decl., and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the below indicated materials be sealed on a provisional basis for three (3) days:

| Designating Party | Page Number in Lodged Under Seal (LUS) PDF Documents 1 & 2 | Portion to be Sealed |
|---|---|---|
| Milk Moovement | **LUS 1: Maybee Declaration**<br>Pages 1-13 | • Pg. 8, line 9<br>• Pg. 10, line 17<br>• Pg. 11, lines 1-2, 6 |
| Milk Moovement | **LUS 2: Maybee Declaration – Exhibits**<br>Pages 1–293 | • Ex. 1, pg. 1–76, also produced natively<br>• Ex. 2, pg. 77-81<br>• Ex. 12, pg. 82-98<br>• Ex. 14, pg. 99-101<br>• Ex. 16, pg. 102-103, produced natively<br>• Ex. 17, pg. 104-116<br>• Ex. 18, pg. 117-120<br>• Ex. 19, pg. 121-131<br>• Ex. 20, pg. 132-147<br>• Ex. 21, pg. 148-150<br>• Ex. 22, pg. 151-153<br>• Ex. 23, pg. 154-155<br>• Ex. 24, pg. 156-240<br>• Ex. 25, pg. 241-242<br>• Ex. 27, pg. 243-249<br>• Ex. 28, pg. 250-261<br>• Ex. 31, pg. 262-265<br>• Ex. 32, pg. 266-267<br>• Ex. 33, pg. 268-276<br>• Ex. 34, pg. 277-287<br>• Ex. 35, pg. 288-293 |

---

[1] Dairy has changed its name to Ever.Ag, *see* ECF No. 265.

| Dairy | **LUS 2: Maybee Declaration – Exhibits** <br> Pages 294-333 | • Ex. 39, pg. 294-333 |
|---|---|---|

Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* Local Rule 141. If no such motion is made, the Designating Party is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

DATED: August 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE