**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendants. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DAIRY, LLC'S REQUEST TO SEAL DOCUMENTS RELATED TO ECF NO. 394** |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Counterdefendant. | |

THIS CAUSE came before the Court on Dairy, LLC's ("Dairy")[1] Request to Seal portions of the parties' Joint Statement Regarding Milk Moovement's Motion for Protective Order (the "Joint Statement") (ECF No. 394), and the Declaration of Douglas S. Curran (the "Curran Decl.", ECF No. 394-1) In Support Of the Joint Statement. Milk Moovement requested provisional sealing of these materials (ECF No. 395), which the Court granted on August 10, 2023 (ECF No. 399). Dairy now requests that the material identified below be permanently sealed. The Court, having reviewed the Request, the Joint Statement, the Curran Declaration, and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the below materials be filed and maintained under seal for the duration of the litigation:

| Document | Bates No./Description | Portion to be Sealed | Designation Under Protective Order (ECF No. 54) |
|---|---|---|---|
| Joint Statement | N/A | Redacted Portions of Document | This document contains material designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Dairy under the Protective Order |
| Curran Decl., Ex. 21 (ECF No. 394-22) | Dairy00069690 | Full Document | HIGHLY CONFIDENTIAL |
| Curran Decl., Ex. 22 (ECF No. 394-23) | Dairy00037746 | Full Document | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |
| Curran Decl., Ex. 23 (ECF No. 394-24) | Dairy00010709 | Full Document | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |

---

[1] Dairy has changed its name to Ever.Ag, *see* ECF No. 265.

| Document | Bates No./Description | Portion to be Sealed | Designation Under Protective Order (ECF No. 54) |
|---|---|---|---|
| Curran Decl., Ex. 24 (ECF No. 394-25) | Dairy00050273 | Full Document | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |
| Curran Decl., Ex. 25 (ECF No. 394-26) | Dairy00008624 | Full Document | HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY |

Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED: August 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE