**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DAIRY, LLC'S REQUEST TO SEAL EXHIBIT 39 TO THE DECLARATION OF JENNIFER S. MAYBEE IN SUPPORT OF THE JOINT STATEMENT RE MILK MOOVEMENT'S MOTION FOR PROTECTIVE ORDER [ECF NO. 380]** |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>    Counterclaimant,<br><br>  vs.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br><br>    Counterdefendant. | |

THIS CAUSE came before the Court on Dairy, LLC's ("Dairy")[1] Request to Seal its highly confidential information contained in Exhibit 39 to the Declaration of Jennifer S. Maybee (the "Maybee Decl.") in Support of the parties' Joint Statement re Defendant and Counterclaimant Milk Moovement, Inc.'s and Defendant Milk Moovement, LLC's Motion for Protective Order (ECF No. 380) (the "Joint Statement"). Dairy requested provisional sealing of these materials (ECF No. 398), which the Court granted on August 14, 2023 (ECF No. 407).  Dairy now requests that the material identified below be permanently sealed. The Court, having reviewed the Request, the Joint Statement, the Maybee Declaration, and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the below materials be filed and maintained under seal for the duration of the litigation:

| Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Dairy | **LUS 2: Maybee Declaration, Exhibit 39**<br>Pages 294-333 | • Ex. 39, pg. 294-333 |

Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED: August 16, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Dairy has changed its name to Ever.Ag, *see* ECF No. 265.