**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br>            Plaintiff,<br>    v.<br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br>            Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br>            Counterclaim-Plaintiff,<br>    v.<br>DAIRY, LLC, a Delaware Limited Liability Company,<br>            Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC. AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO PERMANENTLY SEAL** |

## [~~PROPOSED~~] ORDER

Having carefully considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC (collectively, "Milk Moovement")'s Request to Permanently Seal, and good cause appearing therefore, the Court hereby orders as follows:

Sealing is **GRANTED**. The documents identified in the Request to Permanently Seal as SEAL.001 – SEAL.306 shall be sealed on a permanent basis.

**IT IS SO ORDERED.**

Dated: August 18, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE