**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatchen@willkie.com
JENNIFER S. MAYBEE (SBN 239521)
  jmaybee@willkie.com
BRANDON K. FRANKLIN (SBN 303373)
  bfranklin@willkie.com
DANIEL P. MARTIN (SBN 306794)
  dpmartin@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

**WILLKIE FARR & GALLAGHER LLP**
KATRINA M. ROBSON (SBN 229835)
  krobson@willkie.com
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Facsimile:  (202) 303-2000

Attorneys for Plaintiff and Counterdefendant
**Ever.Ag, LLC**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company, <br><br> Defendants. <br><br> MILK MOOVEMENT, INC., a foreign Corporation, | Case No. 2:21-cv-02233-WBS-AC <br><br> **EVER.AG, LLC'S NOTICE OF WITHDRAWAL OF NOTICE OF MOTION AND MOTION TO COMPEL MILK MOOVEMENT'S RESPONSE TO DAIRY'S FOURTH SET OF INTERROGATORIES [ECF NO. 405]** <br><br> Date:  September 6, 2023 <br> Time:  10:00 a.m. <br> Ctrm:  26, 8th Floor – Sacramento <br><br> Action filed:   December 2, 2021 <br> Trial Date:    June 11, 2024 <br><br> *Magistrate Judge Allison Claire* <br> *Ctrm. 26, 8th Floor - Sacramento* |

|   |   |
|---|---|
| Counterclaimant, | |
| vs. | |
| Ever.Ag, LLC, a Delaware Limited Liability Company, | |
| Counterdefendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff and Counterdefendant Ever.Ag, LLC ("Ever.Ag") hereby withdraws its Notice of Motion and Motion to Compel Milk Moovement's Response to Dairy's[1] Fourth Set of Interrogatories, Nos. 26-27 (the "Motion") (ECF No. 405). Pursuant to this Court's Order on August 21, 2023 (ECF No. 419), Ever.Ag's Motion was re-set for hearing on the papers, with Joint Statements due on September 13, 2023.

The parties continued to meet and confer regarding the subject matter of the Motion and reached agreement that Milk Moovement would serve amended interrogatory responses. On September 1, 2023, Milk Moovement served amended responses to the interrogatories that were the subject of the Motion, via email. Therefore, Ever.Ag, LLC hereby respectfully withdraws the Motion without prejudice.

Dated: September 5, 2023

**WILLKIE FARR & GALLAGHER LLP**
Simona Agnolucci
Jonathan A. Patchen
Katrina M. Robson
Jennifer S. Maybee
Brandon K. Franklin
Daniel P. Martin
Erica S. Miranda
Isabella McKinley Corbo

By:   /s/ Simona Agnolucci
      Simona Agnolucci

Attorneys for Plaintiff and Counterdefendant Ever.Ag, LLC

---

[1] Dairy, LLC is the former name of Ever.Ag, see ECF No. 265.