1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DAIRY, LLC, a Delaware Limited Liability
Company,

               Plaintiff,

      v.

MILK MOOVEMENT, INC., a foreign
Corporation, and MILK MOOVEMENT,
LLC, a Delaware Limited Liability
Company,

           Defendants.

MILK MOOVEMENT, INC., a foreign
Corporation,

             Counterclaim-Plaintiff,

      v.

DAIRY, LLC, a Delaware Limited Liability
Company,

             Counterclaim-Defendant.

Case No.: 2:21-CV-02233-WBS-AC

[~~PROPOSED~~] ORDER GRANTING
DEFENDANT AND COUNTERCLAIM-
PLAINTIFF MILK MOOVEMENT, INC.
AND DEFENDANT MILK
MOOVEMENT, LLC'S REQUEST TO
SEAL

1

# [~~PROPOSED~~] ORDER

2    Having carefully considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc.

3    and Defendant Milk Moovement, LLC (collectively, "Milk Moovement")'s Request to Seal, and

4    good cause appearing therefore, the Court hereby orders as follows:

5    Sealing is **GRANTED**. The quotations at 5:2-6, 150:20-22, 27, and 151:4-6 in the Joint

6    Statement regarding Discovery Disagreement and related Declaration of Kevin M. Papay (ECF

7    147); the quotations at 2:20-23 in the Joint Statement regarding Milk Moovement's Motion

8    Regarding Expert Designation (ECF 148) and 3:16-17, 22 and 3:27-4:1 in the related Declaration

9    of Carla B. Oakley (ECF 148-2); and the quotations at 7:14-23 in Milk Moovement's Motion for

10   Sanctions for Violation of Protective Order (ECF 151) and 2:17-18, 21-23, and 25-28 in the related

11   Declaration of Carla B. Oakley, which were previously publicly filed with this Court, will be

12   maintained under seal for the duration of this litigation. Milk Moovement is **ORDERED** to file

13   redacted versions of ECF 147, 148, 148-2, and 151 by September [18], 2023.

14   **IT IS SO ORDERED.**

15   **DATED:  September 12, 2023.**

16

17   _____

ALLISON CLAIRE

18   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28