UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff/<br>　　　　Counterdefendant,<br><br>　　v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT LLC, a Delaware Limited Liability Company,<br><br><br>　　　　Defendants/<br>　　　　Counterclaimants. | No. 2:21-cv-02233 WBS AC<br><br><br><br><br>ORDER RELATING CASES |

1

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff/<br>    Counterdefendant,<br><br>    v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT LLC, a Delaware Limited Liability Company,<br><br>    Defendants/<br>    Counterclaimants. | No. 2:23-mc-00329 DB |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because Case No. 2:23-mc-00329 DB arose from a subpoena served on non-party Matthew McDonald for discovery in Case No. 2:21-cv-2233 WBS AC. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Dairy, LLC v. Milk Moovement, Inc., Case No. 2:21-cv-02233 WBS

1  AC, and Dairy, LLC v. Milk Moovement, Inc., Case No. 2:23-mc-
2  00329 DB, be, and the same hereby are, deemed related.  The case
3  denominated Dairy, LLC v. Milk Moovement, Inc., Case No. 2:23-mc-
4  00329 DB, shall be reassigned to Judge William B. Shubb and
5  Magistrate Judge Allison Claire.  Any dates currently set in the
6  reassigned case only are hereby VACATED.  Henceforth, the
7  captions on documents filed in the reassigned case shall be shown
8  as Dairy, LLC v. Milk Moovement, Inc., Case No. 2:23-mc-00329 WBS
9  AC.
10           IT IS FURTHER ORDERED that the Clerk of the Court make
11 an appropriate adjustment in the assignment of cases to
12 compensate for this reassignment.
13 Dated:  September 12, 2023     _____
                                    WILLIAM B. SHUBB
14                                  UNITED STATES DISTRICT JUDGE

3