# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>  vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>        Defendants. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL EVER.AG, LLC'S OPPOSITION TO LETTER MOTION FOR PARTIAL RECONSIDERATION**<br><br>Action filed:  December 2, 2021<br>Trial Date:    June 11, 2024<br><br>*Magistrate Judge Allison Claire,*<br>*Ctrm. 26, 8th Floor - Sacramento* |

THIS CAUSE came before the Court on Plaintiff's Request to Seal the following portions of Ever.Ag, LLC ("Dairy")'s Opposition to Letter Motion for Partial Reconsideration (the "Opposition") and exhibits to the Declaration of Jennifer S. Maybee (the "Maybee Decl.") In Support Of the Opposition. The Court, having reviewed the Request, the Opposition, the Maybee Decl., and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the below indicated materials be sealed on a provisional basis for three (3) days:

| Designating Party | Page Number in Lodged Under Seal (LUS) PDF | Portion to be Sealed |
|---|---|---|
| Milk Moovement | **LUS PDF** Pages 1-12 | - Pg. 6, lines 1-3; 7-10<br>- Ex. C, pg. 8-9<br>- Ex. E, pg. 10-12 |

Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* Local Rule 141. If no such motion is made, the Designating Party is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

DATED:  September 13, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

- 1 -
[PROPOSED] ORDER GRANTING REQUEST TO SEAL RE EVER.AG, LLC'S
OPPOSITION TO LETTER MOTION FOR PARTIAL RECONSIDERATION
CASE NO. 2:21-CV-02233-WBS-AC