**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br>　　　　　Plaintiff,<br>　　v.<br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br>　　　　　Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br>　　　　　Counterclaim-Plaintiff,<br>　　v.<br>DAIRY, LLC, a Delaware Limited Liability Company,<br>　　　　　Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC. AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO SEAL** |

**[PROPOSED] ORDER**

Having carefully considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC (collectively, "Milk Moovement")'s Request to Seal, and good cause appearing therefore, the Court hereby orders as follows:

Sealing is **GRANTED**. Exhibit A to the Parties' Stipulation Regarding Milk Moovement's First Amended Answer and Third Amended Counterclaims (ECF 423-1), which has been provisionally lodged with this Court, will be filed and maintained under seal for the duration of the litigation.

**IT IS SO ORDERED.**

**DATED:  September 13, 2023.**

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE