**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAIRY, LLC, a Delaware Limited Liability Company,<br>        Plaintiff,<br><br>v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br>        Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br>        Counterclaim-Plaintiff,<br><br>v.<br><br>DAIRY, LLC, a Delaware Limited Liability Company,<br>        Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[**~~PROPOSED~~**] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC. AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO SEAL** |

1  **[PROPOSED] ORDER**

2  Having carefully considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc.
3  and Defendant Milk Moovement, LLC (collectively, "Milk Moovement")'s Request to Seal, and
4  good cause appearing therefore, the Court hereby orders as follows:

5  Sealing is **GRANTED**. The quotations at 5:2-6, 150:20-22, 27, and 151:4-6 in the Joint
6  Statement regarding Discovery Disagreement and related Declaration of Kevin M. Papay (ECF
7  147); the quotations at 2:20-23 in the Joint Statement regarding Milk Moovement's Motion
8  Regarding Expert Designation (ECF 148) and 3:16-17, 22 and 3:27-4:1 in the related Declaration
9  of Carla B. Oakley (ECF 148-2); and the quotations at 7:14-23 in Milk Moovement's Motion for
10 Sanctions for Violation of Protective Order (ECF 151) and 2:17-18, 21-23, and 25-28 in the related
11 Declaration of Carla B. Oakley, which were previously publicly filed with this Court, will be
12 maintained under seal for the duration of this litigation. Milk Moovement is **ORDERED** to file
13 redacted versions of ECF 147, 148, 148-2, and 151 by September 22, 2023.

14

15 **IT IS SO ORDERED.**

16 Dated: September 14, 2023

17
18 _____
   ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE