# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER.AG, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>    Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>EVER.AG, LLC, a Delaware Limited Liability Company,<br><br>    Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC. AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO PERMANENTLY SEAL** |

# [PROPOSED] ORDER

Having carefully considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC (collectively, "Milk Moovement")'s Request to Permanently Seal, and good cause appearing therefore, the Court hereby orders as follows:

Sealing is **GRANTED**. The documents identified in the Request to Permanently Seal as LUS 1 – LUS 12 shall be sealed on a permanent basis.

**IT IS SO ORDERED.**

Dated: September 19, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE