1  **WILLKIE FARR & GALLAGHER LLP**
   SIMONA A. AGNOLUCCI (SBN 246943)
2    sagnolucci@willkie.com
   JONATHAN A. PATCHEN (SBN 237346)
3    jpatchen@willkie.com
   JENNIFER S. MAYBEE (SBN 239521)
4    jmaybee@willkie.com
   BRANDON K. FRANKLIN (SBN 303373)
5    bfranklin@willkie.com
   DANIEL P. MARTIN (SBN 306794)
6    dpmartin@willkie.com
   ERICA S. MIRANDA (SBN 325188)
7    emiranda@willkie.com
   ISABELLA MCKINLEY CORBO (SBN 346226)
8    icorbo@willkie.com
   One Front Street, 34th Floor
9  San Francisco, California 94111
   Telephone:    (415) 858-7400
10
   **WILLKIE FARR & GALLAGHER LLP**
11 KATRINA M. ROBSON (SBN 229835)
     krobson@willkie.com
12 JOHN B. GOERLICH (*pro hac vice*)
     jgoerlich@willkie.com
13 1875 K Street, NW
   Washington, DC 20006
14 Telephone: (202) 303-1000

15 Attorneys for Plaintiff and Counterdefendant
   **Ever.Ag, LLC**
16
                **UNITED STATES DISTRICT COURT**
17
                **EASTERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19  EVER.AG, LLC, a Delaware Limited Liability Company, | Case No. 2:21-cv-02233-WBS-AC |
| 20                      Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING EVER.AG LLC'S UNDISPUTED MOTION FOR ADMINISTRATIVE RELIEF** |
| 21         vs. | |
| 22  MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company, | Date:        October 11, 2023 |
| 23 | Time:        10:00 a.m. |
| 24 | Courtroom:  26, 8th Floor |
| 25                      Defendants. | Judge:       Hon. Allison Claire |
| 26 | |

27

28

1

MILK MOOVEMENT, INC., a foreign Corporation,

2

3

Counterclaimant,

vs.

4

EVER.AG, LLC, a Delaware Limited Liability Company,

5

6

Counterdefendant.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING EVER.AG LLC'S UNDISPUTED MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. 2:21-CV-02233-WBS-AC

1    The Court, having considered Ever.Ag, LLC's Undisputed Motion for Administrative

2    Relief, and good cause appearing therefor, hereby orders as follows:

3    The motion is GRANTED. The deadline for Ever.Ag, LLC and California Dairies, Inc. to

4    submit a joint statement regarding Ever.Ag, LLC's Motion to Compel (ECF 445) is hereby

5    extended to October 4, 2023.

6

7    **IT IS SO ORDERED.**

8

9    Dated: September 27, 2023

10   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     - 3 -
     [PROPOSED] ORDER GRANTING EVER.AG LLC'S UNDISPUTED MOTION FOR ADMINISTRATIVE
     RELIEF
     CASE NO. 2:21-CV-02233-WBS-AC