J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

Douglas S. Curran, Esq. (*pro hac vice*)
curran@braunhagey.com
Garrett M. Biedermann, Esq. (*pro hac vice*)
biedermann@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone:  (646) 829-9403
Facsimile:  (646) 829-9403

Attorneys for Counterclaim-Plaintiff and Defendant
MILK MOOVEMENT, INC. and
Defendant MILK MOOVEMENT, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER.AG, LLC, a Delaware Limited Liability Company,<br>   Plaintiff,<br> v.<br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br>   Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br>   Counterclaim-Plaintiff,<br> v.<br>EVER.AG, LLC, a Delaware Limited Liability Company,<br>   Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[~~PROPOSED~~] ORDER REGARDING MILK MOOVEMENT'S AND EVER.AG'S FACT WITNESS DEPOSITIONS AND PRIVILEGE LOGS** |

Defendants Milk Moovement, Inc. and Milk Moovement LLC (together, "Milk Moovement") and Plaintiff Ever.Ag, LLC ("Ever.Ag" and, with Milk Moovement, the "Parties"), filed a Joint Stipulation to Continue Discovery Deadlines on September 28, 2023. After reviewing the submission of counsel, and for good cause shown, this Court hereby GRANTS the Joint Stipulation and ORDERS that:

1. The Parties may take depositions of fact witnesses beyond the October 27, 2023 fact discovery deadline, upon agreement of the parties; and

2. The Parties shall exchange privilege logs by October 9, 2023, with any challenges to claims of privilege filed by October 18, 2023.

**IT IS SO ORDERED.**

Dated: September 29, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE