**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatchen@willkie.com
JENNIFER S. MAYBEE (SBN 239521)
  jmaybee@willkie.com
BRANDON K. FRANKLIN (SBN 303373)
  bfranklin@willkie.com
DANIEL P. MARTIN (SBN 306794)
  dpmartin@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

**WILLKIE FARR & GALLAGHER LLP**
KATRINA M. ROBSON (SBN 229835)
  krobson@willkie.com
JOHN B. GOERLICH (*pro hac vice*)
  jgoerlich@willkie.com
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000
Facsimile:  (202) 303-2000

Attorneys for Plaintiff and Counterdefendant
**Ever.Ag, LLC**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company,<br><br>              Plaintiff,<br><br>      vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>              Defendants. | Case No. 2:21-cv-02233-WBS-AC<br><br>**EVER.AG, LLC'S WITHDRAWAL OF NOTICE OF MOTION AND MOTION TO COMPEL CALIFORNIA DAIRIES INC.'S FURTHER RESPONSES AND PRODUCTION OF DOCUMENTS**<br>**[ECF 445]**<br><br>Action filed:  December 2, 2021<br>Trial Date:    June 11, 2024 |

67616649.1

| | |
|---|---|
| 1  MILK MOOVEMENT, INC., a foreign Corporation, | *Magistrate Judge Allison Claire, Ctrm. 26, 8th Floor - Sacramento* |
| 2 | |
| 3           Counterclaimant, | |
| 4      vs. | |
| 5  Ever.Ag, LLC, a Delaware Limited Liability Company, | |
| 6 | |
| 7           Counterdefendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff and Counterdefendant Ever.Ag, LLC ("Ever.Ag") hereby withdraws its Notice of Motion and Motion to Compel California Dairies Inc.'s (CDI) Further Responses and Production of Documents (the "Motion") (ECF No. 445). Pursuant to this Court's Order on September 19, 2023 (ECF No. 446), Ever.Ag's Motion was re-set for hearing on the papers on October 11, 2023, and pursuant to this Court's Order on September 28, 2023 (ECF No. 456), the Joint Statement for the Motion was set to be due October 4, 2023.

The parties continued to meet and confer regarding the subject matter of the Motion and have reached an agreement on the subject of the motion. Therefore, Ever.Ag, LLC hereby respectfully withdraws the Motion without prejudice.

Dated: October 4, 2023

WILLKIE FARR & GALLAGHER LLP
Simona Agnolucci
Jonathan A. Patchen
Katrina M. Robson
Jennifer S. Maybee
Brandon K. Franklin
Daniel P. Martin
Erica S. Miranda
Isabella McKinley Corbo
John B. Goerlich

By:   */s/ Simona Agnolucci*
      Simona Agnolucci

Attorneys for Plaintiff and Counterdefendant Ever.Ag, LLC