# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER.AG., LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendants. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S REQUEST TO SEAL** |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　v.<br><br>EVER.AG., LLC, a Delaware Limited Liability Company,<br><br>　　　　Counterclaim-Defendant. | |

**[PROPOSED] ORDER**

Having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc.'s ("Milk Moovement") Request to Seal Documents, and good cause appearing therefore, the Court hereby **GRANTS** the Request to Seal Documents and **ORDERS** as follows:

1. The documents identified in the Request to Seal as SEAL.001 – SEAL.057, SEAL.072 – SEAL.104 and SEAL.112 – SEAL.436 shall be sealed on a provisional basis for three (3) days. Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* E.D. Cal. R. 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

2. The documents identified in the Request to Seal Documents as SEAL.058 – SEAL.071 and SEAL.105 – SEAL.111 shall be sealed on a permanent basis.

**IT IS SO ORDERED.**

Dated: October 17, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE