|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   |     |
| 9   |     |
| 10  |     |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| Ever.Ag, LLC, a Delaware Limited Liability Company, | Case No. 2:21-cv-02233-WBS-AC |
| --- | --- |
| Plaintiff, | [**PROPOSED**] ORDER GRANTING REQUEST TO SEAL EVER.AG, LLC'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND EXHIBITS TO THE DOAK DECLARATION |
| vs. | |
| MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |
| MILK MOOVEMENT, INC., a foreign Corporation, | |
| Counterclaimant, | |
| vs. | |

| | |
|---|---|
| 1 | Ever.Ag, LLC, a Delaware Limited Liability Company, |
| 2 | |
| 3 | Counterdefendant. |
| 4 | |

- 1 -
[PROPOSED] ORDER GRANTING REQUEST TO SEAL EVER.AG, LLC'S REPLY IN SUPPORT OF ITS
MOTION FOR SANCTIONS AND EXHIBITS TO THE DOAK DECLARATION
CASE NO. 2:21-CV-02233-WBS-AC

1  THIS CAUSE came before the Court on Plaintiff and Counterclaimant Ever.Ag, LLC's
2  ("Dairy") Request to Seal Dairy's Reply In Support Of Its Motion for Sanctions (the "Reply") and
3  exhibits to the Declaration of David Doak In Support Of the Reply (the "Doak Declaration") (the
4  "Request"). The Court, having reviewed the Request, the Reply, and other papers on file in this
5  action, and good cause showing, GRANTS the Request and orders that the below indicated
6  portions of the Opposition be sealed on a provisional basis for three (3) days:

| Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Milk Moovement | **Reply**<br>Pages 1-22 | - Pg. 7, line 19-22<br>- Pg. 8, lines 5-16<br>- Pg. 9, lines 6-7<br>- Pg. 10, lines 20-23, 27<br>- Pg. 11, lines 1-2, 5-7, 11-12, 17, 27<br>- Pg. 12, lines 1-5, 12-13, 22-27<br>- Pg. 13, lines 1, 3-7, 9-11, 25-27<br>- Pg. 14, lines 14-24<br>- Pg. 15, lines 1, 3-5, 7-8, 18, 22-27<br>- Pg. 16, lines 1-2, 4-9, 11-14, 17, 22<br>- Pg. 17, lines 3, 7, 10-12, 14-15, 17-19, 21-26<br>- Pg. 18, lines 1, 26-27<br>- Pg. 19, lines 1-5 |
| Milk Moovement | **Doak Declaration – Exhibits**<br>Pages 23-115 | - Ex. 2, pg. 23-56<br>- Ex. 3, pg. 57-59<br>- Ex. 4, pg. 60-64<br>- Ex. 5, pg. 65-90<br>- Ex. 6, pg. 91-93<br>- Ex. 7, pg. 94-96<br>- Ex. 9, pg. 97-108<br>- Ex. 10, pg. 109-115 |

Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* Local Rule 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

DATED: October 30, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE