1
2
3
4
5
6
7
8
9
10           **UNITED STATES DISTRICT COURT**
11           **EASTERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| EVER.AG, LLC, a Delaware Limited Liability Company,<br>       Plaintiff,<br>  v.<br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br>       Defendants. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC. AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO PERMANENTLY SEAL** |
| MILK MOOVEMENT, INC., a foreign Corporation,<br>       Counterclaim-Plaintiff,<br>  v.<br>EVER.AG, LLC, a Delaware Limited Liability Company,<br>       Counterclaim-Defendant. | |

**[PROPOSED] ORDER**

Having carefully considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC (collectively, "Milk Moovement")'s Request to Permanently Seal, and good cause appearing therefore, the Court hereby orders as follows:

Sealing is **GRANTED**. The documents identified in the Request to Permanently Seal as LUS.001 – LUS.115 shall be sealed on a permanent basis.

**IT IS SO ORDERED.**

Dated: November 6, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE