**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVER.AG, LLC, a Delaware Limited Liability Company,<br>           Plaintiff,<br><br>v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br>           Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br>           Counterclaim-Plaintiff,<br><br>v.<br><br>EVER.AG, LLC, a Delaware Limited Liability Company,<br>           Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC. AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO SEAL |

**[PROPOSED] ORDER**

Having carefully considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC (collectively, "Milk Moovement")'s Request to Seal, and good cause appearing therefore, the Court hereby orders as follows:

Sealing is **GRANTED**. The documents identified in the Request to Seal as SEAL.001 – SEAL.011 shall be sealed on a provisional basis for three (3) days. Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* E.D. Cal. R. 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: November 13, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE