J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

Douglas S. Curran, Esq. (*pro hac vice*)
  curran@braunhagey.com
Garrett M. Biedermann, Esq. (*pro hac vice*)
  biedermann@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone:  (646) 829-9403
Facsimile:  (646) 829-9403

Attorneys for Counterclaim-Plaintiff and Defendant
MILK MOOVEMENT, INC. and
Defendant MILK MOOVEMENT, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVER.AG, LLC, a Delaware Limited Liability Company,<br>　　　　Plaintiff,<br>　　v.<br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br>　　　　Defendants.<br>MILK MOOVEMENT, INC., a foreign Corporation,<br>　　　　Counterclaim-Plaintiff,<br>　　v.<br>EVER.AG, LLC, a Delaware Limited Liability Company,<br>　　　　Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**ORDER CONTINUING DISCOVERY DEADLINES** |

Defendants Milk Moovement, Inc. and Milk Moovement LLC (together, "Milk Moovement") and Plaintiff Ever.Ag, LLC ("Ever.Ag" and, with Milk Moovement, the "Parties"), filed a Joint Stipulation to Continue Discovery Deadlines on November 13, 2023. After reviewing the submission of counsel, and for good cause shown, this Court hereby GRANTS the Joint Stipulation, VACATES the trial date currently set for June 11, 2024, and ORDERS that the Court's May 31, 2023 Second Amended Scheduling Order be amended as follows:

I. DISCOVERY

The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **December 7, 2023**. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **January 29, 2024**. All expert depositions shall be concluded by **March 1, 2024**. All other discovery deadlines shall remain unchanged from the Court's Second Amended Case Scheduling Order.

II. MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **March 22, 2024**. All motions shall be noticed for the next available hearing date.

III. FINAL PRETRIAL SCHEDULE

The Final Pretrial Conference is set for **May 20, 2024 at 1:30 p.m.** (Pacific Time), **to be held in person, in open court, in Courtroom No. 5.** The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

IV. TRIAL SETTING

The jury trial is set for **July 9, 2024 at 9:00 a.m.** (Pacific Time). Milk Moovement and Ever.Ag estimate that the trial will be completed in 14 days, provided the parties are able to reach agreements on authenticity and pre-admissibility of exhibits, as the parties anticipate that they will be able to do.

///

1   ///

2   **IT IS SO ORDERED.**

3   Dated: November 14, 2023

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE