UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendants.<br><br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br><br>　　　　　Counterclaimant,<br><br>　vs. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING EVER.AG, LLC'S REQUEST TO SEAL PORTIONS OF ITS MOTION TO STRIKE** |

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company, | |
| Counterdefendant. | |

THIS CAUSE came before the Court on Ever.Ag, LLC's ("Dairy") Request to Seal its highly confidential information referenced in Dairy's Memorandum of Points and Authorities In Support Of Its Motion to Strike ECF Nos. 487 and 488 ("Motion to Strike"). Dairy requests that the below-identified portion of the Motion to Strike be permanently sealed.

The Court, having reviewed the Request, the Motion to Strike, and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the below materials be filed and maintained under seal for the duration of the litigation:

| Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Dairy | LUS: Motion to Strike Pages 1-5 | - LUS Pg. 4, lines 16-23 |

Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED: November 14, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE