**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>      vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING EVER.AG, LLC'S REQUEST TO SEAL ECF 488** |

THIS CAUSE came before the Court on Ever.Ag, LLC's ("Dairy") Request to Seal its highly confidential information referenced in Milk Moovement's Objection to New Argument and Purported Evidence (ECF 488) ("Objection") and Exhibit 1 to the Declaration of J. Noah Hagey In Support of the Objection (ECF 488-1 and 488-2) ("Hagey Decl."). Milk Moovement requested provisional sealing of these materials (ECF No. 489), which the Court granted on November 14, 2023 (ECF No. 493). Dairy now requests that the material identified below be permanently sealed.

The Court, having reviewed the Request, the Objection, the Hagey Decl., and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the below materials be filed and maintained under seal for the duration of the litigation:

| Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Dairy | SEAL.001—SEAL.011 | • SEAL.004, lines 7-10<br>• SEAL.009, lines 24-25<br>• SEAL.010, lines 1-6 |

Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED:  November 21, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE