J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Douglas S. Curran, Esq. (*pro hac vice*)
    curran@braunhagey.com
Garrett M. Biedermann, Esq. (*pro hac vice*)
    biedermann@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

*Attorneys for Counterclaim-Plaintiff and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER.AG, LLC, a Delaware Limited Liability Company, <br><br>            Plaintiff, <br><br> v. <br><br> MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company, <br><br>            Defendants. <br><br> MILK MOOVEMENT, INC., a foreign Corporation, <br><br>            Counterclaim-Plaintiff, <br> v. <br><br> EVER.AG, LLC, a Delaware Limited Liability Company, <br><br>            Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO SEAL DOCUMENTS <br><br> **Date:** December 13, 2023 <br> **Time:** 10:00 a.m. <br> **Ctrm.:** 26, 8th Floor <br> **Judge:** Hon. Allison Claire <br><br> **Compl. Filed** December 2, 2021 <br> **Trial Date:** July 9, 2024 |

# [PROPOSED] ORDER

Having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC's (collectively, "Milk Moovement") Request to Seal Documents, and good cause appearing therefore, the Court hereby orders as follows:

The Request to Seal Documents is **GRANTED**. The documents identified therein as SEAL.01-54 shall be sealed on a provisional basis for three (3) days. Any party seeking to maintain sealing of those documents must make a motion to do so no later than three (3) days from the date of this Order. *See* E.D. Cal. R. 141. If no such motion is made, Milk Moovement is further **ORDERED** to file on the public docket unredacted versions of the provisionally-sealed documents no later than five (5) days from the date of this Order.

Additionally, the document identified in Milk Moovement's Request to Seal as SEAL.01-54 shall be sealed on a permanent basis.

**IT IS SO ORDERED.**

Dated: November 30, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE