**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company,<br><br>             Plaintiff,<br><br>     vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, et al.,<br><br>             Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING EVER.AG, LLC'S REQUEST TO SEAL PORTIONS OF THE DECLARATION OF BRANDON K. FRANKLIN (ECF NO. 510)**<br><br>Action filed:   December 2, 2021<br>Trial Date:     June 11, 2024<br><br>*Magistrate Judge Allison Claire,*<br>*Ctrm. 26, 8th Floor - Sacramento* |

THIS CAUSE came before the Court on Ever.Ag, LLC's ("Plaintiff," "Ever.Ag," and/or "Dairy") Request to Seal information contained in Exhibits A and B to the Declaration of Brandon K. Franklin (the "Franklin Decl.") (ECF No. 510) and the material that Milk Moovement has designated as Confidential in Exhibit C of the Franklin Declaration.

The Court, having reviewed the Request and the Franklin Declaration, and good cause showing, GRANTS the Request and orders that the portions of Exhibits A and B to the Franklin Declaration that are indicated below be filed and maintained under seal for the duration of the litigation and that the portions of Exhibit C to the Franklin Declaration indicated below be sealed on a provisional basis for three (3) days.

| Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Ever.Ag | LUS at 2–18 | Franklin Decl. Ex. A |
| Banneker Partners, LLC | LUS at 23 | Franklin Decl. Ex. B at 4 |
| Milk Moovement | LUS at 30–40 | Franklin Decl. Ex. C |

Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED:  November 30, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE