**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatchen@willkie.com
JENNIFER S. MAYBEE (SBN 239521)
  jmaybee@willkie.com
BRANDON K. FRANKLIN (SBN 303373)
  bfranklin@willkie.com
DANIEL P. MARTIN (SBN 306794)
  dpmartin@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400

**WILLKIE FARR & GALLAGHER LLP**
KATRINA M. ROBSON (SBN 229835)
  krobson@willkie.com
JOHN B. GOERLICH (*pro hac vice*)
  jgoerlich@willkie.com
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000

Attorneys for Plaintiff and Counterdefendant
**Ever.Ag, LLC**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, et al.,<br><br>Defendants. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING JOINT AND UNDISPUTED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE FOR JOINT STATEMENT RE DISCOVERY DISAGREEMENTS**<br><br>Date:     December 20, 2023<br>Time:    10:00 a.m.<br>Ctrm.:    26, 8th Floor – Sacramento<br>            Magistrate Judge Allison Claire<br><br>Action filed:  December 2, 2021<br>Trial Date:    June 11, 2024 |

AND RELATED CROSS-ACTION.

Having considered the Parties' Joint and Undisputed Motion for Administrative Relief and finding good cause, the Court hereby **GRANTS** the Parties' Motion.

The deadline for the Parties to file their joint statements for the motions at ECF Number 503 and 504 is extended to December 13, 2023.  This Order has no effect on the date of the scheduled hearing on the papers.

**IT IS SO ORDERED.**

Dated: December 1, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE