1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  **BRAUNHAGEY & BORDEN LLP**
   351 California Street, 10th Floor
3  San Francisco, CA 94104
   Telephone: (415) 599-0210
4  Facsimile: (415) 276-1808

5  Douglas S. Curran, Esq. (*pro hac vice*)
       curran@braunhagey.com
6  Garrett M. Biedermann, Esq. (*pro hac vice*)
       biedermann@braunhagey.com
7  **BRAUNHAGEY & BORDEN LLP**
   118 W 22nd Street, 12th Floor
8  New York, NY 10011
   Telephone: (646) 829-9403
9  Facsimile: (646) 403-4089

*Attorneys for Counterclaim-Plaintiff and Defendant Milk Moovement, Inc. and Defendant Milk Moovement, LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER.AG, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>     v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>          Defendants. | Case No.: 2:21-CV-02233-WBS-AC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT AND COUNTERCLAIM-PLAINTIFF MILK MOOVEMENT, INC.'S AND DEFENDANT MILK MOOVEMENT, LLC'S REQUEST TO PERMANENTLY SEAL DOCUMENTS<br><br>**Date:**      December 13, 2023<br>**Time:**     10:00 a.m.<br>**Ctrm.:**    26, 8th Floor<br>**Judge:**   Hon. Allison Claire |
| MILK MOOVEMENT, INC., a foreign Corporation,<br><br>          Counterclaim-Plaintiff,<br><br>     v.<br><br>EVER.AG, LLC, a Delaware Limited Liability Company,<br><br>          Counterclaim-Defendant. | **Compl. Filed**  December 2, 2021<br>**Trial Date:**       July 9, 2024 |

Case No.: 2:21-CV-02233-WBS-AC
[PROPOSED] ORDER GRANTING MILK MOOVEMENT'S REQUEST TO PERMANENTLY SEAL DOCUMENTS

**[PROPOSED] ORDER**

Having considered Defendant and Counterclaim-Plaintiff Milk Moovement, Inc. and Defendant Milk Moovement, LLC's (collectively, "Milk Moovement") Request to Permanently Seal Documents, and good cause appearing therefore, the Court hereby orders as follows:

The Request to Permanently Seal Documents is **GRANTED**. The documents identified therein as LUS 30-40 shall be sealed on a permanent basis.

**IT IS SO ORDERED.**

Dated: December 5, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE