# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING EVER.AG, LLC'S REQUEST TO SEAL PORTIONS OF ECF NOS. 506 & 507**<br><br>Action filed:   December 2, 2021<br>Trial Date:     June 11, 2024<br><br>*Magistrate Judge Allison Claire,*<br>*Ctrm. 26, 8th Floor - Sacramento* |

1  THIS CAUSE came before the Court on Ever.Ag, LLC's ("Plaintiff," "Ever.Ag," and/or
2  "Dairy") Request to Seal information contained in the Joint Statement Re Defendant and
3  Counterclaim Plaintiff Milk Moovement, Inc.'s and Defendant Milk Moovement, LLC's Motion
4  for a Protective Order (ECF No. 476) ("Joint Statement") (ECF No. 506) and Exhibit 1 to the
5  Declaration of Garrett M. Biedermann In Support of the Joint Statement (ECF 507-1)
6  ("Biedermann Decl.") for the duration of the litigation, which are currently provisionally sealed
7  pursuant to Milk Moovement's Notice of Sealing and associated Request for Sealing (ECF No.
8  509) and the Court's Order at ECF No. 513.

The Court, having reviewed this Request and the Joint Statement and Biedermann Declaration, and good cause showing, GRANTS this Request and orders that the portions of the Joint Statement and Exhibit 1 to the Biedermann Declaration that are indicated below be filed and maintained under seal for the duration of the litigation.

| Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Ever.Ag | SEAL.02, SEAL.05, SEAL.12, SEAL.27–42 | • SEAL.02, lines 19-21<br>• SEAL.05, lines 5-9, 11-19<br>• SEAL.12, lines 22<br>• SEAL.27–42, full |

Ever.Ag is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED:  December 5, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

- 1 -
[PROPOSED] ORDER GRANTING EVER.AG, LLC'S REQUEST TO SEAL PORTIONS OF ECF NOS. 506 & 507
CASE NO. 2:21-CV-02233-WBS-AC