# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company,<br><br>           Plaintiff,<br><br>     vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>           Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING EVER.AG, LLC'S REQUEST TO SEAL REPLY ISO MOTION TO STRIKE**<br><br>Action filed:   December 2, 2021<br>Trial Date:      June 11, 2024<br><br>*Magistrate Judge Allison Claire,*<br>*Ctrm. 26, 8th Floor - Sacramento* |

1   THIS CAUSE came before the Court on Ever.Ag, LLC's ("Dairy") Request to Seal its highly confidential information referenced in its Reply in support of its Motion to Strike ECF 487 and 488 (the "Reply"). Dairy requests that the below-identified portion of the Reply be permanently sealed.

The Court, having reviewed the Request, the Reply, and other papers on file in this action, and good cause showing, GRANTS the Request and orders that the below materials be filed and maintained under seal for the duration of the litigation:

| Designating Party | Page Number in Lodged Under Seal (LUS) PDF Document | Portion to be Sealed |
|---|---|---|
| Dairy | LUS: Reply In Support of Motion to Strike<br>Pages 1-3 | • LUS Pg. 2, lines 18-19; 22-23 |

Dairy is ordered to send unredacted copies to ApprovedSealed@caed.uscourts.gov so that they may be filed under seal.

**IT IS SO ORDERED.**

DATED: December 12, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE