**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatchen@willkie.com
JENNIFER S. MAYBEE (SBN 239521)
  jmaybee@willkie.com
BRANDON K. FRANKLIN (SBN 303373)
  bfranklin@willkie.com
DANIEL P. MARTIN (SBN 306794)
  dpmartin@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400

**WILLKIE FARR & GALLAGHER LLP**
KATRINA M. ROBSON (SBN 229835)
  krobson@willkie.com
JOHN B. GOERLICH (*pro hac vice*)
  jgoerlich@willkie.com
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000

Attorneys for Plaintiff and Counterdefendant
**Ever.Ag, LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company,<br><br>  Plaintiff,<br><br>  vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, et al.,<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:21-cv-02233-WBS-AC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MILK MOOVEMENT'S DOWN-DESIGNATION RE SOFTWARE PRODUCTION** |

      Defendants Milk Moovement, Inc. and Milk Moovement LLC (together, "Milk Moovement") and Plaintiff Ever.Ag, LLC ("Ever.Ag" and, with Milk Moovement, the "Parties"), filed a Joint Stipulation Regarding Milk Moovement's Down-Designation re Software Production on December 12, 2023. After reviewing the submission of counsel, and for good cause shown, this Court hereby GRANTS the Joint Stipulation and ORDERS that:

      1.  Milk Moovement agrees to modify the confidentiality designations of its three as-produced versions of software to CONFIDENTIAL under the Stipulated Protective Order.

      2.  Accordingly, from the date this Order is entered forward, the Parties will treat the three as-produced versions of software as CONFIDENTIAL under the Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED: December 13, 2023

                                                */s/ Allison Claire*
                                                ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE