**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
JONATHAN A. PATCHEN (SBN 237346)
  jpatchen@willkie.com
JENNIFER S. MAYBEE (SBN 239521)
  jmaybee@willkie.com
BRANDON K. FRANKLIN (SBN 303373)
  bfranklin@willkie.com
DANIEL P. MARTIN (SBN 306794)
  dpmartin@willkie.com
ERICA S. MIRANDA (SBN 325188)
  emiranda@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:  (415) 858-7400

**WILLKIE FARR & GALLAGHER LLP**
KATRINA M. ROBSON (SBN 229835)
  krobson@willkie.com
JOHN B. GOERLICH (*pro hac vice*)
  jgoerlich@willkie.com
1875 K Street, N.W.
Washington, DC 20006-1238
Telephone: (202) 303-1000

Attorneys for Plaintiff and Counterdefendant
**Ever.Ag, LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ever.Ag, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>    vs.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, et al.,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:21-cv-02233-WBS-AC<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br><br><br>Action filed:   December 2, 2021<br>Trial Date:     June 11, 2024 |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that as of December 15, 2023, Willkie Farr & Gallagher LLP's address has changed to 333 Bush Street, 34th Floor, San Francisco, California 94104.  All other contact information will remain the same.

Dated:  December 26, 2023

WILLKIE FARR & GALLAGHER LLP
Simona Agnolucci
Jonathan A. Patchen
Katrina M. Robson
Jennifer S. Maybee
Brandon K. Franklin
Daniel P. Martin
Erica S. Miranda
Isabella McKinley Corbo
John B. Goerlich


By:  /s/ Simona Agnolucci
Simona Agnolucci

Attorneys for Plaintiff and Counterdefendant Ever.Ag, LLC