J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

Douglas S. Curran, Esq. (*pro hac vice*)
curran@braunhagey.com
Garrett M. Biedermann, Esq. (*pro hac vice*)
biedermann@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone:  (646) 829-9403
Facsimile:  (646) 829-9403

*Attorneys for Counterclaim-Plaintiff
and Defendant Milk Moovement, Inc.
and Defendant Milk Moovement, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER.AG, LLC, a Delaware Limited Liability Company,<br>        Plaintiff,<br><br>    v.<br><br>MILK MOOVEMENT, INC., a foreign Corporation, and MILK MOOVEMENT, LLC, a Delaware Limited Liability Company,<br><br>        Defendants.<br><br>MILK MOOVEMENT, INC., a foreign Corporation,<br><br>        Counterclaim-Plaintiff,<br>    v.<br><br>EVER.AG, LLC, a Delaware Limited Liability Company,<br>        Counterclaim-Defendant. | Case No.: 2:21-CV-02233-WBS-AC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

### **ORDER**

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1), this Action is hereby dismissed with prejudice as to all claims, causes of action, and parties, and any pending motions are denied as moot.  The Clerk of Court is hereby directed to close this case.

**IT IS SO ORDERED.**

Dated:  February 6, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE